UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    FILED

| | | |
|---|---|---|
| ALLISON BISHOP, as executor of<br>The Estate of Thelma Bishop<br>V. | :<br>:<br>:<br>: | CIVIL NO. 3:01 CV1140(AVC)<br><br>DISTRICT COURT<br>HARTFORD CT |
| CT VALLEY HOSPITAL<br>WHITING FORENSIC, ET AL | : | OCTOBER 20, 2003 |

## APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for the plaintiff, ALLISON BISHOP as executor of Thelma Bishop.

THE PLAINTIFF

BY: *Dawne West*
DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
PHONE: 860 538 3498
FAX:  860 346 1028
Her Attorney

## **CERTIFICATION**

The undersigned hereby certifies that on the above date, a copy of the aforementioned was sent via first class mail to:

John R. Williams
Williams & Pattis, LLC
51 Elm St., ste 409
New Haven, CT 06510

Joseph Jordano
Assistant Attorney General
55 Elm St.
Hartford, CT 06106

_____
DAWNE WESTBROOK