

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLISON BISHOP, as executor of<br>The Estate of Thelma Bishop | :<br>:NO. 3:01CV1140(AVC) |
| V. | : |
| CT VALLEY HOSPITAL<br>WHITING FORENSIC, ET AL. | :<br>: OCTOBER 23, 2003 |

### MOTION TO WITHDRAW

The undersigned respectfully moves to withdraw his appearance on behalf of the plaintiff for the reason that new counsel has been retained by the plaintiff, Attorney Dawne Westbrook.

John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, first class mail, postage prepaid, on October 23, 2003, to the following counsel of record:

Attorney Dawne Westbrook
P.O. Box 2502
Middletown, CT 06457

Attorney Joseph Jordano
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

John R. Williams