UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLISON BISHOP, as executor of<br>The Estate of Thelma Bishop | : NO. 3:01CV1140(AVC) |
| V. | : |
| CT VALLEY HOSPITAL<br>WHITING FORENSIC, ET AL. | : OCTOBER 23, 2003 |

## MOTION TO WITHDRAW

The undersigned respectfully moves to withdraw his appearance on behalf of the plaintiff for the reason that new counsel has been retained by the plaintiff, Attorney Dawne Westbrook.

John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215

November 3, 2003. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.