UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THELMA BISHOP, | ] | CASE NO. 3:01CV1140 (AVC) |
| Plaintiff, | ] | |
| v. | ] | |
| STATE OF CONNECTICUT, WHITING FORENSIC DIVISION OF THE CONNECTICUT VALLEY HOSPITAL, CAROL CAPLAN, PAMELA MORRISON, DAVID LEWIS and DEBBIE ROOTH, | ] | |
| Defendants. | ] | SEPTEMBER 26, 2001 |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS.

COMES NOW the Defendants, State of Connecticut, Whiting Forensic Division of the Connecticut Valley Hospital (hereinafter "State of Connecticut"), Carol Caplan, Pamela Morrison, David Lewis and Debbie Rooth, and for their Answer and Affirmative Defenses, state as follows:

1. Deny paragraph 1.

2. Deny paragraph 2.

3. Admit paragraph 3.

4. Admit paragraph 4.

5. Admit paragraph 5.

6. Deny paragraph 6.

7. Admit that defendant Carol Caplan was employed as a Unit Director at the

Connecticut Valley hospital, but the defendants deny remaining allegations in paragraph 7 for lack of sufficient information.

8. Admit that defendant Pamela Morrison is the Chief of Human Resources at Connecticut Valley Hospital, but the defendants deny the remaining allegations in paragraph 8 for lack sufficient information.

9. Admit that defendant David Lewis is a nurse supervisor at Connecticut Valley Hospital, but the defendants deny the remaining allegations in paragraph 9 for lack of sufficient information.

10. Admit that defendant Debbie Rooth is a nurse supervisor at Connecticut Valley Hospital, but the defendants deny the remaining allegations in paragraph 8 for lack of sufficient information.

11. Deny paragraph 11.

12. Deny paragraph 12.

13. Deny paragraph 13.

14. Deny paragraph 14.

15. Deny paragraph 15.

16. Deny paragraph 16.

17. Deny paragraph 17.

18. Deny paragraph 18.

19. Deny paragraph 19.

20. Deny paragraph 20.

21. Deny paragraph 21.

22. Deny paragraph 22.

24. Deny paragraph 24.