RECEIVED
STATE OF CONNECTICU[T]
AUG 31 2000
COMM. ON HUMAN RIGHTS
& OPPORTUNITIES
WEST CENTRAL REGION

# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
### AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: August 28, 2000
CASE NO.: 0130104      EEOC #: 16aa03441

My name is Thelma Bishop and I reside at P.O. Box 351, Middletown, CT 06457.

The respondents are State of Connecticut, Connecticut Valley Hospital, Whiting Forensic Division

I was
( ) discharged
( ) suspended
( ) placed on probation
( ) earning a different rate of pay
( ) demoted
(x) warned
(x) given poor evaluation
(x) denied a raise
( ) less trained
(x) denied an office
(x) harassed

( ) not hired/not promoted
( ) not rented a dwelling
( ) denied sale of dwelling
( ) aiding and abetting
( ) denied union representation
( ) constructively discharged
(x) retaliated
( ) not hired/reinstated due to a BFOQ
( ) terminated due to disability
( ) not reinstated due to a disability

on June 15, 2000 and continuously before during and after those dates, and believe that my:

(x) race
(x) color
(x) sex
( ) pregnancy
(x) ancestry
(x) age
    DOB: 12/28/31
( ) religion

(x) national origin
( ) marital status
( ) physical disability
( ) mental retardation
( ) religious creed
( ) familial status
( ) sexual orientation

( ) mental disorder
( ) alienage
(x) previously opposed, filed or assisted
( ) learning disability
( ) creed

was in part a factor in this action. I believe that the respondent violated the following Connecticut General Statutes Sections enforced through Section 46a-58(a) and acts listed below:

(x) 46a-58(a)
(x) 46a-60(a)(1)
(x) 46a-60(a)(4)
( ) 46a-60(a)(3)
( ) 46a-60(a)(5)
( ) 46a-60(a)(7)( )( )( )( )( )
(x) 46a-60(a)(8)( )( )( )( )( )
( ) 46a-64( )( )( )

(x) Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991
(x) Age Discrimination in Employment Act of 1967, 29 U.S.C. 621-634
( ) Americans With Disabilities Act, 42 U.S.C. Title I
( ) Equal Pay Act of 1964

( ) 46a-64c(a)( )( )( )
( ) 46a-64c(a)(4)(A)
( ) 46a-64c( )( )
( ) Sec. 3(1) of PA 91-58

( ) Sec. 504 of Rehabilitation
    Act of 1973, as amended
( ) Title VIII of Civil Rights
    Act of 1968, as amended by
    Fair Housing Amendment Act
    of 1988 (U.S.C. 3600-6620)

## THE PARTICULARS OF MY COMPLAINT ARE AS FOLLOWS:

1. At all times relevant to the instant complaint, I was and am a registered nurse, employed by the State of Connecticut at the Whiting Forensic Division of the Connecticut Valley Hospital.

2. I am a 68 year old black female, of Guyanan ancestry and national origin.

3. For an extended period of time, I have had to work in a hostile and dangerous work environment. I have been harassed and have been subjected to a pattern of harsher discipline than similarly situated employees not of my race, color, ancestry, national origin and age, and been subjected to a pattern of being disciplined in retaliation for complaining about mistreatment by fellow employees and supervisors.

4. Some time ago, I was the victim of a vicious physical assault at my workplace. I made a formal complaint to my employer about this inexcusable behavior. Since then, I have been subjected to constant harassment, mistreatment and unfair discipline. The respondent has punished and derided me for the way I speak, the way I dress and has constantly criticized my work.

5. On June 25, 1998, I was unfairly disciplined. I exercised my right to pursue a grievance of this unfair discipline, and I have been the target of retaliatory behavior by the respondents ever since.

6. On April 28, 1999, I was unfairly disciplined. I was treated significantly more harshly than similarly situated personnel not of my race, color, ancestry, age, national origin and those who have not made complaints about the respondent.

7. On October 28, 1999, I was unfairly disciplined. I was treated significantly more harshly than similarly situated personnel not of my race, color, ancestry, age, national origin and those who have not made complaints about the respondent. I exercised my right to pursue a grievance of this unfair discipline, and have been the target of retaliatory behavior by the respondents.

8. On March 12, 2000, I was once again unfairly disciplined. I was again treated significantly more harshly than similarly situated personnel not of my race, color, ancestry, age, national origin and those who have not made complaints about the respondent.

9. On May 9, 2000, I was called to Unit Three by Supervisor David Lewis, who demanded to speak with me immediately. At that time it was approximately 6:50 a.m. I had no idea why I was being called in. I explained to Supervisor Lewis that I still had duties to perform, and asked him if we could schedule a meeting for another time. Supervisor Lewis refused, and demanded that I appear in his office immediately. Supervisor Lewis also instructed me to bring a union representative with me.

10. Thereafter, Supervisor Debbie Roth came to my worksite and walked me out of my unit, in full view of my colleagues and patients.

11. The process of "walking out" an employee is reserved for the most serious, severe or dangerous instances of misconduct by an employee. "Walking out" an employee is accomplished by one or more supervisors or security personnel surrounding an employee and physically "walking" that employee out of her workplace.

12. I was taken to Supervisor Lewis' office. Awaiting me were Carol Caplan, Mrs. Morrison, and Dennis Wimble. Caplan immediately demanded to know if I was planning on commencing a lawsuit against my employer and individuals at my workplace. I informed her that I am suing based upon the treatment I have received.

13. After this incident, the respondent's and its supervisors' attitude toward me became even more openly hostile, aggressive and abusive.

14. This attitude is reflected in the way the respondent's supervisors treat me and speak with me. For instance, Carol Caplan has been very hostile and downright nasty in her language, tone and interactions with me. She has been demeaning and belittling to me, rather than instructive and helpful as a Unit Chief should be.

15. Thereafter, on June 15, 2000, I was once again unfairly disciplined. On this occasion, I was subjected to a written warning which was placed in my personnel file.

16. Through the most recent written warning, the respondent imposed upon me and my employment stringent and onerous conditions not imposed upon similarly situated personnel not of my race, color, ancestry, age, national origin and those who have not made complaints about the respondent, or voiced their intention to sue.

17. In each of the instances where the respondent has disciplined me, the respondent has consistently ignored what I have related to it about the alleged instances. In each situation, the respondent has treated me as if what I say and feel does not matter. It is my belief that the respondent wants to get rid of me, either by firing me or by forcing me out of the job I love and have worked very hard at.

18. I have been made to feel that there is no place in Connecticut Valley Hospital for registered nurses who are black, Guyanan, 68 years old and who exercise their rights.

THE PARTICULARS ARE

The particulars of this charge of discrimination are set forth in my complaint <u>attached</u> which I filed with the Connecticut Commission on Human Rights and Opportunities on August 28, 2000, which is attached hereto and incorporated herein as fully set forth herein.

I also want this charge filed with the EEOC.

*Thelma R. Bishop*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

*Thelma R. Bishop*

I declare under penalty of perjury that the foregoing is true and correct.

*Thelma R. Bishop*

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28TH DAY OF AUGUST, 2000.

*Patricia C. Affin* _____(x)

NOTARY PAT...
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2003