**STATE OF CONNECTICUT**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**

**AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE**

DATE: JULY 22, 2002

CASE NO.: _____

My name is Thelma Bishop

and I reside at P. O. Box 351, Middletown, CT 06457

The respondent is State of Connecticut, Whiting Forensic Division of the Connecticut Valley Hospital

whose business address is

I was
( ) discharged
( ) suspended
( ) placed on probation
( ) earning a different rate of pay
( ) demoted
( ) warned
( ) given poor evaluation
( ) denied a raise
( ) less trained
( ) denied an office
( x ) harassed

( ) not hired/not promoted
( ) not rented a dwelling
( ) denied sale of dwelling
( ) aiding and abetting
( ) denied union representation
( ) constructively discharged
( x ) retaliated
( ) not hired/reinstated due to a BFOQ
( ) not hired due to disability
( ) not reinstated due to a disability

on and believe that my:
( x ) race
( ) color
( ) sex
( ) pregnancy
( ) ancestry
( x ) age
   DOB:12/28/31
( ) religion

( ) national origin
( ) marital status
( ) physical disability
( ) mental retardation
( ) religious creed
( ) familial status

( ) mental disorder
( ) alienage
( x ) previously opposed, filed or assisted
( ) learning disability
( ) creed
( ) sexual orientation

was in part a factor in this action. I believe that the respondent violated the following Connecticut General Statutes Sections enforced through Section 46a-58(a) and acts listed below:

( x ) 46a-60(a)(1)        (X) Title VII of the Civil Rights Act of 1964,
( x ) 46a-60(a)(4)             as amended by the Civil Rights Act of 1991

```
(x ) 46a-60(a)(3)              (x )Age Discrimination in Employment Act of
( ) 46a-60(a)(5)                    1967, 29 U.S.C. 621-634
( ) 46a-60(a)(7)( )( )( )( )( )     ( ) Americans With Disabilities
( x) 46a-60(a)(8)( )( )( )( )( )        Act, 42 U.S.C. Title I
( ) 46a-64( )( )( )                     ( ) Equal Pay Act of 1964
( ) 46a-64c(a)( )( )( )                 ( ) Sec. 504 of Rehabilitation
( ) 46a-64c(a)(4)(A)                        Act of 1973, as amended
( ) 46a-64c( )( )                       ( ) Title VIII of Civil Rights
( ) Sec. 3(1) of PA 91-58                   Act of 1968, as amended by
                                            Fair Housing Amendment Act
                                            of 1988 (U.S.C. 3600-6620)
```

## THE PARTICULARS OF MY COMPLAINT ARE AS FOLLOWS:

1. At all times relevant to the instant complaint, I was and am a registered nurse, employed by the State of Connecticut at the Whiting Forensic Division of the Connecticut Valley Hospital.

2. I am a 70 year old black female, of Guyanan ancestry and national origin.

3. For an extended period of time, I have had to work in a hostile and dangerous work environment. I have been harassed and have been subjected to a pattern of harsher discipline than similarly situated employees not of my race, color, ancestry, national origin and age, and been subjected to a pattern of being disciplined in retaliation for complaining about mistreatment by fellow employees and supervisors.

4. Based on the above treatment, I previously filed a complaint with CHRO in August of 2000.

5. On July 10, 2002 I went to the med room to perform my work duties.

6. In the med room, I encountered a co-worker Ms. Statchen. I requested her assistance in completing a work task.

7. Ms. Statchen turned to me and told me, "you know you only have a [nursing] license because you are black, you are old, why don't you retire and be done with it"!!

8. I was astonished at her statement and immediately went to get a supervisor.

9. As I was picking up the phone, Ms. Statchen grabbed hold of my hand and wrenched the phone away preventing me from calling the supervisor.

10. I was eventually able to call the supervisor and report the incident. In the meantime, asked another employee to remain at the door of the med room where Ms. Statchen and I were.

11. Ms. Statchen reacted by closing the door and blocking it so I could not get out.

12. After I asked her if she was keeping me against the room against my will, she remarked, "Are you going to file a lawsuit out of this too, I have lawyers in my family too you know."

13. The supervisor eventually arrived and Ms. Statchen made more disparaging remarks in the supervisors presence.

14. I filed a formal complaint in writing with the supervisor and no action has been taken against the employee.

15. I charge the Resondent with discriminatory treatment on the basis of race, age and retaliation.