Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                      Thelma Bishop

Page 170

```
 1
 2                      I   N   D   E   X
       WITNESS                                    PAGE
 3     Thelma Bishop
             Direct Examination by Mr. Jordano      4
 4
                      E   X   H   I   B   I   T   S
 5                                               PAGE
 6        1        Complaint                        4
 7        2        Handwritten Document            34
 8
       (Reporter's Note:  Exhibits retained by Attorney
 9     Jordano)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Brandon Smith Reporting Service

3953906c-4bad-4014-a135-e7f9db8962ae

Bis___/vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                              Thelma Bishop

Page 168

1                        CERTIFICATE OF DEPONENT

2

3              I, Thelma Bishop, do hereby certify that

4    the foregoing testimony taken on June 11, 2002 is true

5    and accurate to the best of my knowledge and belief.

6

7

8

9    _____              _____

10   DATE                           Thelma Bishop

11

12     At _____in said County of

13   _____, this _____ day of _____,

14   2002, personally appeared Thelma Bishop, and she made

15   oath to the truth of the foregoing answers by her

16   subscribed.

17

18

19   Before me, _____, Notary Public.

20   My Commission expires:  _____

21

22

23

24

25

3953906c-4bad-4014-a135-e7f9db8962ae

Bis___/ vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                          Thelma Bishop

Page 166

1                    MS. WESTBROOK:   That is true, yes.

2                    MR. JORDANO:   Thank you for your time

3       today, and we'll see you the next time we continue it.

4                    I'll keep Exhibits 1 and 2.

5

6                    (Deposition adjourned at 3:40 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                    Thelma Bishop

Page 164

1    checks, in fact.  I know, she never goes to any

2    grievances or anything, she only went to mine.

3         Q    Let me ask you this:  You told me earlier that

4    you go, you do your job, correct?

5         A    Uh-huh.

6         Q    That is what concerns you.  What is important

7    to you is going and doing your job?

8         A    Yes.

9         Q    It is important for you to do your job

10   correctly?

11        A    Right.

12        Q    Irrespective of what other people do, you want

13   to do your job correctly?

14        A    Right.

15        Q    So if bed checks are important, would you

16   agree that you want to get it done and you should get it

17   done irrespective of what others do?

18        A    Right.

19        Q    That you expect to be held accountable to do

20   your job the way you're supposed to?

21        A    Right.  But then you have delegations with FTS

22   does this, the LFTS does that.

23        Q    I'm only speaking about things that you're

24   responsible for, ma'am.

25        A    I'm responsible for the whole thing while I'm

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                              Thelma Bishop

Page 162

```
 1    said that comment to you.  Why are you getting written

 2    up for bed checks, they happen all the time?

 3         A    Well, Mr. Pavis said that.

 4         Q    Mr. Pavis said that?

 5         A    Yes.

 6         Q    And that's a nurse?

 7         A    Yes.

 8         Q    Who else?

 9         A    I don't remember who else, but the FTS on my

10    unit said, How come you're getting written up for this

11    when --

12         Q    Who is that?

13         A    Joe Farmer.

14         Q    So your testimony is Mr. Farmer said that to

15    you?

16         A    Right.  Mr. Farmer brought it to my attention

17    that the bed checks weren't done.

18         Q    And is he the one who said to you, I don't

19    know where why you're being written up because --

20         A    Right.

21         Q    Who else?

22         A    I didn't talk to anybody else about it.

23         Q    So Mr. Pavis would be one, and Mr. Farmer

24    would be another?

25         A    Right.  I thought I was discriminated there
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bish.../vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                    Thelma Bishop

Page 160

```
 1    make sure the bed checks were done, were you the nurse?

 2         A    I was responsible for that.

 3         Q    Is this the time you got the written warning?

 4         A    That is when I had the written warning.

 5         Q    So tell me now which employees did the same

 6    things you did, missed two bed checks and were not given

 7    the same treatment you were, similarly situated people.

 8    Give me the name of a nurse that didn't do the bed

 9    checks that you're aware of, didn't do it on two

10    occasions, and did not receive either a verbal or

11    written warning?

12         A    Miss Statchen.

13         Q    A nurse?

14         A    Yes.

15         Q    What unit?

16         A    Unit 3.

17         Q    When?  When were the two occasions when she

18    didn't do bed checks?

19         A    Oh, last year, and it was brought to my

20    attention, Ms. Bishop, bed checks weren't done last

21    night, but you were not on.

22         Q    And what discipline, if any, did she receive?

23         A    The lead especially said it to the supervisor,

24    bed check was not done, he said, Oh, we'll assign

25    another bed check.
```

Brandon Smith Reporting Service

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                          Thelma Bishop

Page 158

1    They gave me a written warning for that.

2        Q    So the first time it occurs on the third

3    shift, you're simply told, Ms. Bishop, you need to do

4    this, you're responsible for this, and your response is,

5    no one ever told me about that before that I was

6    responsible for that?

7        A    Exactly.

8        Q    But the second time it happens, you know

9    you're responsible for it?

10        A    The second time it happened, I didn't know

11    there were bed checks, because it wasn't something I

12    did.  The FTS's made out -- the FTS's job is to make out

13    your assignment, and if they look in this book and

14    check.  Now that all this happened, I check.  When I'm

15    in charge I check the book personally to see if the bed

16    checks were done.

17        Q    Is it a fair statement that when the second

18    incident occurred, you had already been told that the

19    bed check issue was something you were responsible for

20    as the nurse on that shift?

21        A    Yes.

22        Q    So you knew that the second time it occurred?

23        A    I knew I had to do it, but I didn't know that

24    night bed checks had to be done.

25        Q    And you didn't check it that night?

3953906c-4bad-4014-a135-e7f9db8962ae

Bish. /vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                    Thelma Bishop

Page 156

```
1        A     No, sporadically.  Now that I know how it is

2   done it is like I do 5th, 6th, 7th, and then they don't

3   get it again until the end of the --

4        Q     Is it your testimony that the first time you

5   learned about the requirement of bed checks on the third

6   shift was in 1999?

7        A     Yes.

8        Q     Up to that point --

9        A     I know they do the room checks, but I didn't

10  know it was my responsibility to look out for these room

11  checks.

12       Q     That is the first time you learned it was part

13  of your job responsibility?

14       A     Right.

15       Q     To make sure they're done.

16       A     Exactly, because they were always given to the

17  lead FTS's.

18       Q     And did you ever require before that time of

19  the lead FTS whether or not the bed checks had been

20  done?

21       A     No, I see them doing it.

22       Q     On this evening did you wonder why they

23  weren't done?

24       A     I didn't even know they had to do them,

25  because I was busy orienting that nurse.  It was not a
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bish___/vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                    Thelma Bishop

Page 154

```
 1    they're giving you a paper they want you to sign for a

 2    verbal warning, at one time they just talked to you to

 3    make you aware.

 4         Q    Is that just a paper saying that you actually

 5    got the warning?

 6         A    Now they want you to sign a paper that you

 7    actually got the verbal counseling or whatever.

 8         Q    Let me ask you this, that is in April '98?

 9         A    No.

10         Q    Excuse me, that is the April '99 incident?  I

11    asked to you tell me about this incident April 20

12    of '99, you told me --

13         A    I don't remember the dates, sir, unless I

14    could read these things up front and remember what I'm

15    talking about, I don't remember the dates like that.

16         Q    Do you remember if it was, in this incident

17    you just told me about, about the room checks, was that

18    in '99 sometime?

19         A    It could be between '99 and 2000.

20         Q    Now, you've been a staff nurse since -- when

21    was your working test period done?  You came in '96, it

22    was done, what, sometime in '97?

23         A    No, '96.

24         Q    Okay, so, from '96 and '97 and '98 and

25    sometime into '99 you were a staff nurse who was
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                    Thelma Bishop

Page 152

1    28, 1999 incident?

2         A    I don't remember the -- I have to read that.

3    I know, though, I was on unit 6 one night, they sent a

4    nurse there to be oriented.  I'm a staff nurse, at that

5    time I was not working on unit 6, nor I was not working

6    nighttime, 11 to 7.  I was there only on overtime.  The

7    nurse came and she stood there, and I said, You work

8    here?  She said, I'm in orientation.  So I asked one of

9    the FTS's to take her around.  I said, I'll assign you

10   to one of the FTS.  She was highly upset about that, I

11   did not know she was a nurse, she didn't tell me she was

12   a nurse, no one called me from the office to say, We're

13   sending a nurse for you to orient.  But then shortly

14   after I saw the nurse went to the med room, she left her

15   pocketbook, and somebody said, Maybe she's a nurse, she

16   put her pocketbook in there.  So when she came back I

17   said, Are you a nurse?  She said yes, I'm the second

18   shift head nurse here, I got that position.  So I said,

19   Oh, all right, so I started to orient her, do all the

20   things that I would do while I'm on the unit.  I

21   assigned one of the FTS's to do the scheduling of what

22   has to be done, they do this, however, when I went to

23   Whiting to work, no one showed me a paper for room

24   checks, no one.  I didn't think it was part of -- I

25   learned later it was part of my job to oversee the room

3953906c-4bad-4014-a135-e7f9db8962ae

Page 150

1      Q      Well, you do use that word, you actually plead

2      here in paragraph 15, page 5 of your complaint, you say,

3      "The Plaintiff exercised her right to pursue a grievance

4      of this unfair discipline," that's the June 25, 1998?

5      A      Well, it could be I explained about how I

6      talked to that woman on the phone, and they claimed I

7      said to her, You want to see nasty, you want to see

8      nasty.  I explained to Miss Morrison I never said

9      anything like that.  However, certain people know that

10     you do not say things to staff below you because they

11     could write you up, but somebody put this girl up to

12     saying those things, because I never said them.

13     Q      My question isn't did Miss Morrison believe

14     your version of the events.  What I want to know is,

15     tell me what evidence you have regarding the June 25,

16     1998 incident that Miss Morrison retaliated against you?

17     A      Well, I have to read that in my statement --

18     Q      In your pleading?

19     A      -- that I said to the lawyer to remember that

20     June 25.  It could be something there that I don't

21     remember.

22     Q      All right.  Tell me what behavior, what Miss

23     Rooth did in connection with the June 25, 1998 incident

24     that you claim was retaliatory because you had filed a

25     grievance?

3953906c-4bad-4014-a135-e7f9db8962ae

Bish y/vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                    Thelma Bishop

Page 148

```
1     since.  Tell me what discipline you're referring to June

2     25 of '98, what was the discipline that was imposed?

3          A     Well, I think we talked about all of that

4     already, '98.

5          Q     This is a specific incident, June 25 of '98.

6     Did you receive a warning, did you receive reprimand,

7     what happened, where they imposed discipline on you that

8     you grieved?

9          A     That could be, I'll have to refresh my memory

10    on that, because I do have a paper that she gave me that

11    I was not doing this or I wasn't doing that, and I don't

12    remember the June 25, per se.

13         Q     Do you remember what the discipline was, what

14    was imposed --

15         A     No, I don't remember it either.  There was so

16    many of them.

17         Q     But you grieved it?

18         A     Did I grieve it.

19         Q     You claim here that you grieved it, you

20    exercised your right to pursue a grievance.  What was

21    the result of that grievance, do you remember that?

22         A     No.  I'll have to read the paper, and I would

23    remember what it was.

24         Q     That might be in your notes?

25         A     Yes.
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

Page 146

1    who is in charge of the nurses who does the basic

2    evaluation, subject to approval from people up above; is

3    that a fair statement?

4        A    Yes.

5        Q    So who would have been the people who did your

6    evaluations when you got a poor one?  Who would have

7    been the head nurse that gave you a poor evaluation?

8        A    Miss Talbot.

9        Q    That is when you first came in '96?

10       A    Right.

11       Q    During the working test period?

12       A    Right.

13       Q    How about in June 2000, who would have been

14   the head nurse who gave you a poor evaluation, or

15   unsatisfactory evaluation?

16       A    2000?

17       Q    Yes, June of 2000.

18       A    Oh, that is when I went down on the night

19   shift.

20       Q    Who would have been the head nurse?

21       A    Carla Tora.

22       Q    So Miss Talbot, she gave you a poor

23   evaluation, or unsatisfactory one, and so did Miss Toro?

24       A    Right.

25       Q    And in between that, whatever head nurses you

3953906c-4bad-4014-a135-e7f9db8962ae

Page 144

1      A    Yes.

2      Q    And it is your testimony that she reduced your

3  performance evaluations?

4      A    Yes, she never gave me anything that was

5  suitable, and the reason for that is that I would never

6  get a promotion.

7      Q    So would it be a fair statement or a more

8  accurate statement to say you never got an evaluation at

9  the level you thought you should get one?

10     A    That's right.

11     Q    But she didn't necessarily give you a good

12  evaluation and reduce it.  She just didn't give you one

13  that you thought was appropriate?

14     A    Well, I wouldn't say she gave me one and --

15  the head nurse writes the evaluation up and it goes to

16  her, and then it goes to Miss Morrison, and whatever

17  they are not happy with that you got, then the head

18  nurse has to reduce it.

19     Q    Tell me what firsthand knowledge you have that

20  your head nurse or a head nurse wrote a good evaluation

21  for you, and it went to Miss Caplan or Miss Morrison and

22  it was subsequently reduced?

23     A    Well, I don't know that one.  I know she tried

24  to give me a bad evaluation, because she told Miss Furay

25  to give me a bad evaluation.  She didn't want her to

Bis    /vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                      Thelma Bishop

Page 142

1    Miss Morrison ever reduced your evaluations?

2        A    I don't know that Miss Morrison has reduced my

3    evaluations, but I know Miss Caplan has reduced my

4    evaluations.

5        Q    Reduced them from what?

6        A    She tried to get Sue Furay to give me a bad

7    evaluation.

8        Q    Now, let me understand this.  Am I correct in

9    understanding that you received some poor evaluations

10   when you first came to Whiting during that working test

11   period?

12       A    Yes.

13       Q    And then did you receive a series of

14   satisfactory evaluations?

15       A    Right.

16       Q    And then you received an unsatisfactory in

17   June of 2000?

18       A    When I went down on nights.  The one before I

19   went down on nights was satisfactory.  She tried to get

20   Miss Furay to give me?

21       Q    Tell me the name again.

22       A    Sue Furay to give me a bad evaluation.

23       Q    When you were on nights?

24       A    No, I was on second shift.  I was just about

25   ready to go down to second, to nights.  The night thing

Bis\_/vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                Thelma Bishop

Page 140

```
 1        Q     So after you told her the man sleeps every

 2   night, Miss Morrison decided not to discipline you?

 3        A     Exactly.

 4        Q     So you weren't disciplined for that incident?

 5        A     I wasn't disciplined there.

 6        Q     In fact, Miss Morrison took you at your word

 7   that he slept every night and chose not to discipline

 8   you?

 9        A     But she was about to discipline me until I

10   told her give me a written warning.

11        Q     So until you have her more information, she

12   was about to discipline you, but upon hearing what you

13   had to say, didn't discipline you?

14        A     But I told her before what went on.

15        Q     Well, other than that, okay, so you weren't

16   disciplined there.  Tell me the next instance when you

17   were systematically disciplined.  What is the next

18   disciplinary action that you claim Miss Caplan and Miss

19   Morrison took against you where you were disciplined?

20        A     I can't remember.  There might be some more,

21   but I can't.

22        Q     Would you have that information at home or

23   something you could look at in your notes that would

24   tell you?

25        A     I'll have to get to my lawyer and look through
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bi___ vs Ct. Valley Hospital, Whiting Forensic

Thelma Bishop

Page 138

1    Morrison have systematically and continuously engaged in

2    a pattern of harassment of the Plaintiff by, and here is

3    the first one, subjecting her to a myriad of

4    disciplinary actions.  So I want you to tell me what

5    disciplinary actions were taken against you.

6         A    Okay.  For instance, one night I was working,

7    and this gentleman was sleeping, and I said to the lead,

8    You go and tell him to wake up, or the next time I see

9    him sleeping, I shall write him up.  I never approached

10   the staff, I was sitting -- so I took over the one to

11   one that they --

12        Q    Is this Mr. Ferrigno?

13        A    No, it wasn't Mr. Ferrigno.

14        Q    Someone different?

15        A    I'll tell you his name in a minute.  So I took

16   over from the lead, and he went, and whatever he said to

17   him, I said -- so when he came back I said, So what did

18   he say to you?  He said he was doing something like

19   this, I don't know what that meant.  So the next time I

20   saw him, he was a habitual sleeper.  The next time I saw

21   him sleeping the head nurse, Miss Carla Tora was there,

22   and she was in what we call the back room where you have

23   the team.  I said, Carla, I want you to see this, What

24   is he doing sleeping again, raised her voice, so the

25   time we got to where he was he was like (indicating),

Brandon Smith Reporting Service

3953906c-4bad-4014-a135-e7f9db8962ae

6/11/2002

Thelma Bishop

Page 136

1    would like to call my lawyer, and Miss Morrison said to

2    Miss Caplan, Give her an order, and once they give you

3    an order, you have to take an order, because if you

4    don't take an order, then you're in big trouble.

5         Q    Were you given an order then?

6         A    Yes, I was given an order.

7         Q    What was the order you were given?

8         A    To stay out of the unit.  I stayed out of the

9    unit like three, four days, I don't remember how long,

10   but I wrote some things, what I would do, when I go into

11   the unit I would take report from the staff, from the

12   nurse that is there in the morning, and I'll -- I forget

13   exactly what I wrote.

14        Q    Where were you assigned those days if you

15   weren't allowed --

16        A    Unit 3.

17        Q    If you weren't allowed into unit 3?

18        A    Second shift.

19        Q    Where did you work those days?

20        A    They kept me in a side room before you go into

21   the bubble way, you have to put in your things like

22   you're going away, what do they call that, like you're

23   going away on a plane and you have to put your things on

24   that thing there.

25        Q    On a belt?

3953906c-4bad-4014-a135-e7f9db8962ae

Bis____/vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                          Thelma Bishop

Page 134

1        A      No, after I left unit 5 and went to unit 3,

2    and after I didn't turn that patient in for sleeping, he

3    went away, he got retired, and he kept his retirement

4    that they didn't want him to keep, then it came out on

5    me.

6        Q      So you're saying that is when they unfairly

7    criticized your work?

8        A      That is when everything started.

9        Q      But were people critical of your work on unit

10   5 too?

11       A      They criticized -- not they, my head nurse

12   gave me two bad reviews.

13       Q      On unit 5?

14       A      Right.

15       Q      Now, you say this, you say that Defendants

16   Caplan and Morrison have systematically and continuously

17   engaged in a pattern of harassment of the Plaintiff,

18   inter alia, subjecting her to a myriad of disciplinary

19   actions, and by reducing the Plaintiff's work

20   performance evaluations.  I want to first begin with

21   what discipline did Miss Morrison subject you to?

22       A      Miss Morrison and Miss Caplan came to the, we

23   call it the visitor's room one night, and we had talked

24   about what is going on in the unit, and I said, Well,

25   Miss Caplan wanted me to stay out of the unit, she kept

3953906c-4bad-4014-a135-e7f9db8962ae

Bis   /vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                    Thelma Bishop

Page 132

1    security risk or danger?

2         A    They treat them differently.  I think they're

3    more dangerous in Whiting for the reason that they're

4    medicated, and they've had a chance to go to groups and

5    we think they're better off when they leave the unit to

6    go out to other facilities.

7         Q    Have you ever witnessed a patient attack any

8    of the FTS's or anyone in the unit?

9         A    I've never witnessed it, but I heard the code,

10   and then I learned that a patient attacked a staff.

11        Q    Is it your perception that the patients there

12   at Whiting, they can be volatile?

13        A    Yes.

14        Q    And that people are trained specifically on

15   how to deal with them, to de-escalate situations rather

16   than escalate them?

17        A    Right.

18        Q    And that would be different than the people at

19   Fairfield Hills, is that a fair statement, different

20   security level?

21        A    I don't think it is too much different.  You

22   have to take to them.  The others can get just as

23   violent, but you talk to them.  You don't buddy buddy up

24   to them.  I speak to them, you know, let them know where

25   I stand and whatever.

3953906c-4bad-4014-a135-e7f9db8962ae

Bi⌣ vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                          Thelma Bishop

Page 130

1   any other nurses, that they didn't think you were a good

2   nurse?

3       A    No.

4       Q    Other than the evaluations that called into

5   question your performance?

6       A    Right, my head nurse, she's there for me to

7   learn.  There is certain things on the board that newer

8   people came in after I went there, she brought them

9   around and she showed them things on the board, and that

10  is the first time I realized this is what had to happen.

11      Q    Let me ask you this:  When you were at

12  Fairfield Hills, were you an RN?

13      A    Yes.

14      Q    Did you administer meds at Fairfield Hills?

15      A    Yes.

16      Q    So this job at Whiting was not the first time

17  you administered psychiatric medications?

18      A    No.

19      Q    So you had, what, two years of experience?

20      A    I was even asked to be assistant head nurse, I

21  mean, not assistant head nurse, what do we call it.

22      Q    Head of unit 2A?

23      A    Yes.

24      Q    And who was the person who asked to you do

25  that?

3953906c-4bad-4014-a135-e7f9db8962ae

Bh___ vs Ct. Valley Hospital, Whiting Forensic

6/11/2002

Thelma Bishop

Page 128

1       Q       Okay.

2       A       Somebody from another hospital gave me the

3   name of Mr. Barum, (phonetic).

4       Q       Barum?

5       A       Yes, and I went to him and I explained what

6   was going on, and he went to Shoe Hall, he found out

7   then that from Mr. Siegel that he was no longer

8   responsible for what is going on in Whiting.

9       Q       What was Mr. Siegel's position?

10      A       I guess he was head of -- one of the head

11  people in Whiting when I got there.  I didn't know him

12  very well.

13      Q       What was the complaint when you spoke with

14  Mr. Siegel and the people wanted you to come outside and

15  talk to them?

16      A       Mr. Siegel wanted me to voluntarily go over to

17  CVH to work.

18      Q       Over CVH out of Whiting?

19      A       Right, out of Whiting.  And I said no, I'm not

20  doing that.  He said, Well, you are not making it here.

21      Q       This is during your working test period?

22      A       Yes.  You are not making it here, and I will

23  get you a good position over there.  I said, Well, what

24  is the difference of getting me a position over there

25  and I'm here already, but all along I knew what they

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                    Thelma Bishop

Page 126

```
 1    tried to find out from her, Why am I getting all of

 2    these bad reports because I try my best.

 3         Q    Well, are you talking about reports or

 4    evaluations?

 5         A    Evaluations.

 6         Q    How many times did you get a bad evaluation

 7    since 1996?

 8         A    Two times in like six months.

 9         Q    Two times in six months you got an

10    unsatisfactory evaluation?

11         A    Yes.

12         Q    And did you have any period where you got

13    satisfactory evaluations?

14         A    I think after -- I didn't know of Miss

15    Morrison until I got involved with a lawyer.  Before

16    that was Mr. Siegel, but the two hospitals were just

17    about changing, and when I was at CVH before there was a

18    Mr. Cioffi there, and most likely, I'm not sure if that

19    is his job Miss Morrison took, but he's no longer there.

20    But when I went to a lawyer -- they called me out, Miss

21    Caplan, Miss Walsh --

22         Q    When?

23         A    Called me out one morning.

24         Q    What year?

25         A    It's between -- around '96.
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                    Thelma Bishop

Page 124

```
 1        Q    Now, then you say you were derided for the way
 2    you dress?
 3        A    Right.
 4        Q    Tell me who derided you for the way you dress,
 5    and when did that occur?
 6        A    Well, that was when I was on unit 5.
 7        Q    In unit 5?
 8        A    They gave me a lab coat to wear.
 9        Q    When was that, what year?
10        A    1996.
11        Q    All right.
12        A    No one else wore a lab coat, no one else was
13    told to wear a lab coat, I was the only one wearing a
14    lab coat that the patients called me Doc.
15        Q    Is that during the time where you would wear
16    the skirts and the long boots?
17        A    Yes.
18        Q    That they asked you to wear the lab coat?
19        A    Yes, but even after they told me I couldn't
20    wear the Tweed pants and the long boots, I still had the
21    lab coat.
22        Q    And did you tell me that you stopped wearing
23    the lab coat when your attorney got involved and said
24    you didn't have to?
25        A    Right.
```

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

Page 122

1    harassment, mistreatment and unfair discipline.  You

2    told me about the two incidents where Miss Caplan spoke

3    to you, what else?

4          A     I went down to the night shift.  Oh, I was

5    supposed to get an evaluation.

6          Q     What year?

7          A     Probably 2000.

8          Q     Did you get that evaluation?

9          A     No.

10         Q     It never occurred?

11         A     The last evaluation I received was when I went

12    from second shift to night shift.

13         Q     Did you have an evaluation in June of 2000?

14         A     June?

15         Q     Of 2000.

16         A     That is the one Mr. -- I had Miss Carla Toro,

17    I had just gone down to the night shift, and that is the

18    time when Miss Carla Toro, Mr. Dave Lewis and Miss

19    Caplan conferred together that I didn't do a good job on

20    the night shift.

21         Q     Was that an unsatisfactory evaluation in June

22    of 2000?

23         A     I think so.

24         Q     Did you grieve that?

25         A     I didn't.

3953906c-4bad-4014-a135-e7f9db8962ae

Bis___y vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                        Thelma Bishop

Page 120

1    him, Does he talk like that in front of his mother, was

2    affecting me writing my note.

3         Q    Did you take issue with the -- first of all,

4    were both the employees Spanish?

5         A    No.

6         Q    The employee that said the conversation wasn't

7    directed at you, that would have been a Spanish employee

8    who was in the conversation with Mr. Gendron?

9         A    Right.

10        Q    Did you take issue with his comment, with his

11   interpretation of what happened?

12        A    No, he didn't say it to me, he told it to

13   Miss Caplan and Miss Caplan reported to me that I

14   ingratiated myself into their conversation, and I look

15   at it was affecting me writing what I was writing in the

16   chart, because he was there with his F this and his F

17   that.

18        Q    Did you tell him that you were having trouble

19   concentrating writing on the chart because of his

20   language?

21        A    No, I didn't.  I stopped for a minute and I

22   said, Sir, do you talk like this in front of your

23   mother?  And he looked at me for a minute or less than a

24   minute, and he said yes.

25        Q    Do you think that he interpreted your comment

3953906c-4bad-4014-a135-e7f9db8962ae

Page 118

1    A    No, she didn't, but I said that.

2    Q    I just didn't understand what the term meant,

3    that is why I asked you.

4    A    I'll give you an analogy like when I came to

5    this country first, I said to this policeman, I hustle,

6    and he said, Oh, my God, lady, don't say that, he said,

7    I know what you mean, you work hard, but this is --

8    Q    But I want to get back to what Miss Caplan

9    did.

10    A    So what I'm saying to you, there is certain

11    words I say while talking to Miss Caplan that she makes

12    fun of me.

13    Q    Oh, she makes fun of you?

14    A    Yes, she does.

15    Q    Give me some examples of the words you've used

16    that she makes fun of you, and what she said in

17    response, how she makes fun of you.

18    A    Well, I did not exactly write them down, but

19    if I brought up an incident where -- well, this is the

20    way we say it in Guyana, Well, you're not in Guyana now,

21    and things like that.

22    Q    Can you give me some specific examples of

23    words.  Did she ever object to words you used in the

24    workplace?  Where she called you and said, Look, I heard

25    you saying this, and I know you're not supposed to use

3953906c-4bad-4014-a135-e7f9db8962ae

Bis___ vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                 Thelma Bishop

Page 116

1       A    I call the supervisor, talk to them.

2       Q    If necessary, the supervisor may call the

3    doctor if there is an issue?

4       A    I call the doctor myself sometimes.

5       Q    Would it be a fair statement that in some

6    respects as the nurse there, as the trained professional

7    from a medical standpoint on your shift, you're kind of

8    the eyes for the doctor, because you would be the one

9    who would see if there is a problem with the patient's

10   behavior, if you think there is some type of reaction to

11   the medicine, you would be there, correct?

12      A    Yes.  Right.

13      Q    So you have to have your senses not only

14   attuned to the patients, you have to know them and you

15   have to be able to pick up some of these discrete things

16   that the average person wouldn't see; isn't that right?

17      A    Yes.

18      Q    And you know that by having a history of the

19   patient, both what their medical condition is,

20   medications they've been taking so you can see the

21   nuances and differences that you have to evaluate as a

22   nurse; isn't that right?

23      A    Yes.

24      Q    And it is from that general understanding of

25   each individual patient that you're able to decide and

3953906c-4bad-4014-a135-e7f9db8962ae

B___ vs Ct. Valley Hospital, Whiting Forensic

6/11/2002

Thelma Bishop

Page 114

1    no?

2         A    No.

3         Q    So every complaint she had against you or made

4    about -- raised about your job performance, it is your

5    claim you didn't do it; is that right?

6         A    Right.

7         Q    So if her complaint was that you failed to

8    chart something, would your answer be, I did chart it,

9    and if her complaint was that you didn't fill out an

10   assignment sheet, would your answer be you did do that,

11   you did fill out the assignment sheet?

12        A    Well, I wouldn't go so far and say exactly no.

13   I might have.

14        Q    So you just told me no, so I want to make sure

15   I understand it.

16        A    All right, I might have.  I might have missed

17   here and there, but to the extent that Miss Caplan

18   treated me after I didn't turn that guy in, it was one

19   afternoon she had me in her office, and I was crying,

20   and I said to her, I don't think I can work this

21   afternoon, I am too upset, and she said, You're too

22   upset?  I'm telling Miss Morrison you say you're too

23   upset to work, and she went on and on.

24        Q    What was the issue that day that upset you so?

25        A    This was the next, the following day, the

3953906c-4bad-4014-a135-e7f9db8962ae

Bishop vs Ct. Valley Hospital, Whiting Forensic

6/11/2002                                                                Thelma Bishop

Page 112

1    understand that?

2        A    Uh-huh.

3        Q    That is what I'm interested in.  The facts

4    that support the allegations in this lawsuit.

5        A    I did not put down anything specific, well,

6    John did this and because I did that, but it was there,

7    it happened.

8        Q    And that is your perception that people were

9    treated less harsher than you?

10       A    Yes.

11       Q    Now, you indicate in your complaint in

12   paragraph 13 that you were subjected -- you say this:

13   During the course of her employment with the Defendant

14   State, the Plaintiff was the victim of a vicious

15   physical assault at the workplace.  That is paragraph 13

16   on page 5.  The Plaintiff made a formal complaint to her

17   employer about this inexcusable behavior.  Let me back

18   up.  Is this, quote, vicious physical assault at the

19   workplace the Fairbrother incident that you told me

20   about earlier?

21       A    Yes.

22       Q    You say that the Plaintiff made a formal

23   complaint to her employer about this inexcusable

24   behavior, since then the Plaintiff has been subjected to

25   constant harassment, mistreatment and unfair discipline.

3953906c-4bad-4014-a135-e7f9db8962ae