A No.

Q Have you spoken to anyone other than your attorney in preparation for your deposition today?

A No.

Q Didn't talk to your son or your daughter? How about your daughter, I understand she's an attorney. Is she an attorney?

A Yes, she is.

Q Did you talk to her about this deposition today before you came?

A Not today.

Q How about recently, last week?

A You've had a few, what do we call it, cancellations.

Q All right.

A And so when the first one came about I spoke with her about it.

Q You spoke with her about it?

A Correct.

Q Has she reviewed any of the pleadings that you filed in this case?

A No, I didn't give it to her.

Q Now, you also claim here -- let me back up. Have you told me all the similarly situated employees you claim -- strike that.

A People complain, even the staff thinks I'm curt with them sometimes, but this is the way I speak.

Q I asked you previously to tell me the people who were similarly situated to you, these are employees now, not of your color, race, ancestry, national origin or age where you claim were not treated as harsh as you were for errors or mistakes that occurred. You told me Mr. Pavis; is that correct? He was a nurse, head nurse, correct, on a medical error?

A Yes.

Q Who else do you claim was similarly --

A I thought Mr. Gendron was not disciplined for carrying on with those disgusting words.

Q But Mr. Gendron wasn't similarly situated to you, right, you didn't use those words?

A Me?

Q Yes.

A No.

Q I want to know people who were similarly situated, the things that did you for which you were disciplined, but somebody else did the same thing and they weren't disciplined. I'm looking for similarly situated people. That is what you allege in your complaint. So tell me who those people are.

A Well, I don't know about that.

3953906c-4bad-4014-a135-e7f9db8962ae

Q But today you can't tell me whether it took you more than once?

A Because, I can't remember.

Q You can't remember. All right.

Did you ever have any situations when you were on unit 3 or 5 where any patients ever threatened you because of their claim that you mistreated them?

A On unit 5?

Q Or 3 or 4 for that matter. Any unit. Did any patient ever complain about the way you treated them and threaten to do you bodily harm?

A Not that I can remember.

Q You can't remember any?

A I know we had little specifics about calling them Mr. something, sometimes people don't want you to call them Mr. something, or they don't want you to call them sir, but where I came from I was trained to call people sir, some people don't like that.

Q Do you recall any instances where you were disciplined in any manner for an allegation that you had been disrespectful to a patient?

A I don't remember I was disciplined. I know I was called and we had the team there where Miss Caplan was pushing for the patient to call me Thelma and I should call him Vinnie, and I certainly told her, where

Page 104

A Yes.

Q You'll lay out the drugs however you're supposed to do it and administer them?

A Yes.

Q So that would be your responsibility to make sure the patients receive the drugs or the medications at appropriate an time and the appropriate manner; is that correct?

A Right.

Q And the appropriate dosage?

A Right.

Q Now, at some point you went for retraining for six weeks in unit 3, you told me about that earlier?

A Yes.

Q During that time -- are you familiar with the NLN test for general medications?

A (Nodding head in the affirmative.)

Q Is that a test you have to pass to get your licensing initially?

A Yes.

Q And did you take the -- did Whiting readminister the NLN test to you when you went for that reorientation or retraining period when you were under Miss Caplan's direction in unit 3?

A Yes, I think so.

in in the afternoon, I pick up every single chart, look and see, today is 11th, is anything written for the 11th, no. This one, something written for 11th, the yellow sheet would be there, you check it, you check with the cardex, and you sign it off. If there is nothing written, no, you don't. I didn't do that.

Q Now, is that why Dr. More came in that evening, because for some reason he had to look at that patient's blood count in order to write a note about whether to discontinue the medication?

A I learned he was called. He didn't tell me this, but I learned he was called from the pharmacy.

Q Did you, when you saw him, or the patient's chart, when you say the patient's chart, and noticed they were on this particular drug that you knew had to be carefully monitored, did you check the whole chart to see what the doctor had written --

A I didn't check the whole chart. It wrote, bloodwork stat tomorrow.

Q What does that mean, stat?

A Immediately.

Q Now, if you see that on a chart --

A No, it didn't say stat, it said in the morning, because if it was stat, I would have to do it immediately, I would have to call the bloodwork, the

A You were trained as you go into the unit in the afternoon. I was trained that way, and I kept it up when I got to Whiting. I looked at every single chart to see if there were any new orders written in the chart that you should know about. Sometimes they'll write an order to start a medication at 4:00, or to "decede," meaning don't give that medication at 4:00.

Q Discontinue?

A Discontinue. But then after I go through that 15 charts, and there is nothing from the morning, because if there is something, they'll have a sheet, a yellow sheet, you check that with the cardex to see whether the patient should get it, or whether it was added, give him more or give him less.

Q My question was, when you went through your training as a nurse, were you trained about this particular drug and what to look for, what its compilations were, things like that in your training regarding the administration of this drug?

A As a nurse?

Q As a nurse, yes.

A At school? No.

Q How about when you first came to Whiting and you had to administer this type of psychiatric drug?

A They send out leaflets about different -- the

every Tuesday they drew blood, and every Thursday the medication came.

Q When you were at Whiting, okay, the patients that were on that drug, okay, do you know if their blood was drawn on Tuesdays?

A I don't know, I worked second shift.

Q Do you know if when you come in on second shift, if the results of any bloodwork is in the chart, regarding white counts for patients on that drug?

A No, I didn't know that.

Q You don't know that?

A No.

Q Have you ever seen bloodwork results in the chart for patients who were on that particular medication, blood results?

A The papers for the bloodwork will come into a box, unit 3, unit 4, and whatever unit for anything, and the night shift person will pick up all of those things and bring it to the unit 11:00 at night, the bloodwork, whatever is pertinent for the team to see will go on the clipboard. If it is something when Miss Caplan was there. If it is for Miss Caplan, they'll put it on Miss Caplan's -- she had a wire basket, you put it there. If it was for the doctor, whoever was working there, they'll put it on doctor, the psychiatrist board. If it

about medication?

A That is what I heard.

Q Now, how were you disciplined when you gave the wrong medication? What happened to you?

A They were ready to fire me.

Q Did they fire you?

A No.

Q Did they send you --

A That is when they sent me to Miss Caplan for six weeks.

Q Six weeks for what? To learn about how to give medications?

A I really can't tell you for what, really.

Q That was during the working test period?

A Not really, it was after.

Q That wasn't the six-week working test period?

A No.

MR. JORDANO: We can change the tape if you want.

(Recess: 1:49 p.m. to 2:12 p.m.)

BY MR. JORDANO:

Q Ms. Bishop, before we took our break, I asked you about the working test period. I want to clarify something. During the working test period when you first began at Whiting, you did go to several units to

A Yes, I gave 150 milligrams of specified medication.

Q Which you learned later on the doctor had written a note not to do that?

A To hold.

Q Tell me somebody else who did the same thing?

A And Mr. Pavis gave 500 milligrams of Clozaril, they told him, change 300 milligrams of Clozaril to 200 milligrams or vis-a-versa, and he gave them the whole 500 milligrams, and nothing happened to him.

Q So let me understand, they told him to change the 300 to 200?

A Or either 200 to 300, I don't remember.

Q But he gave 500?

A He gave 500. The patient was getting either 200 or 300, and they wanted to lower it, and he gave him the whole thing, because he didn't understand what the change meant.

Q Now, you didn't report that incident?

A No.

Q Do you know if it was reported?

A I heard it.

Q But you don't know for a fact it was reported?

A No.

Q Now, tell me about anyone else.

Q But you didn't report him that evening?
A Well, I didn't know he had done it until later on.
Q Did you witness that incident firsthand, or did you learn from someone else?
A I learned from him.
Q He told you?
A Yes.
Q Anyone else --
MR. JORDANO: Do you need to change tapes?
THE VIDEOGRAPHER: We've got about four minutes.
BY MR. JORDANO:
Q Anyone else other than -- is it Mr. Pavis?
A Yes.
Q Anyone else that you have firsthand knowledge made a medication error who was not disciplined?
A As I tell you, I don't know.
Q That is what I want to know. I want to know what you know.
A I don't go around finding out from people, I go to work, do what I have to do, and I'm not a gossip bug running around finding out things about people.
Q In your claim, in your case you claim that you

3953906c-4bad-4014-a135-e7f9db8962ae

A No.

Q Somebody else's? I mean, it is an overtime shift?

A No, it was his regular shift.

Q What head nurse was that?

A What head nurse?

Q Yes. That you're claiming made medication errors.

A Oh, okay. During that same time I was on unit 3.

Q At any time. You can start with unit 3 if you want, but I want to know --

A On unit 5 in fact.

Q Who was that?

A Yes, somebody gave 500 milligrams of Clozaril and nothing happened to them.

Q Who was the person that gave it, what nurse?

A Dave Pavis.

Q Dave?

A Pavis.

Q Anyone else?

A I don't know of anyone else, but because I was there when that happened.

Q I want to know of incidents that you're actually aware of where there was a medication error

Q Were there ever any complaints written up or issues raised about your failure to complete an assignment sheet for failing to assign roomchecks ?

A Yes.

Q We talked about there was at least one complaint about alleged verbal abuse by you. That was the incident you just told me about.

A Yes.

Q Were there more than one or only that one?

A As far as I'm -- as far as I can remember. If there were others, I don't remember them.

Q Are you aware of any other people ever being disciplined for verbal abuse at Whiting?

A No, sir. I pretty much keep to myself, so I don't know.

Q So you don't know if there were or they weren't?

A No.

Q How about for failing to complete assignment sheets. Do you know if anybody was ever disciplined for that other than yourself?

A No, I don't know.

Q How about for medication errors, do you know if any person at Whiting was ever disciplined for a medication error of any type, do you know?

Q You mean the second step of the grievance?

A Right.

Q What happened at that second grievance?

A And that is the only time they will give you the names of who the grievants. Miss Caplan showed up at the grievance. Miss Caplan showed up with my evaluation, and what I'm not doing, and all these different things. The gentleman who was head conducting this thing, he was sitting like where Miss Caplan is sitting there, and I don't remember --

Q Is this the grievance on getting the -- about the warning about verbal abuse, is that what you grieved?

A I grieved that, yes.

Q My question was what happened at that grievance, was it upheld or was it overturned. What was the result of the grievance?

A Sir, it was not overturned, because they didn't even look at it. Miss Caplan came with my whole history of what I do and what I don't do, and she passed it around, and that was the end of that. Why I was really there was not addressed.

Q Did you ask the union arbitrator to take that to the next step?

A Our union is not really a union, sir.

3953906c-4bad-4014-a135-e7f9db8962ae

like five, six minutes to take over from Terry Carlson, so I said, would you take over for Miss Carlson so she could answer the telephone. So she started running down the hall with her bag. I said, You don't have to run, it is only that girl Terry -- Sue on six, that is what I said to her. So she didn't run, she went and put her bag down and she took over for Miss Carlson. Miss Carlson came back, she answered the phone, and then she went back and she sat. After she was finished sitting, she came back to me and she said, You were rude. I said, Rude about what? She said, You said that girl Sue on six. I said -- and I just did my hand like that, as much as, what is the big deal, because sometimes you'll get a little voice will call the children from home would call for their parents, and I would immediately say, Your child is calling, get to the phone, because I had children. But a coworker up front on unit 6 I didn't think was any big deal, so I said, Don't run, it is just that girl sue on six.

So I went to the other room and I said to another -- to the lead FTS that was there, Ken Cilley, I said, Ken, this girl just accused me of saying, This girl Sue on six. Ken was stretched out in the chair, I didn't see his eyes, I don't know whether he was sleeping, but he was in two chairs. But when I was

Q When the medication issue arose that was Miss Talbot?

A It was Miss Talbot.

Q Then you go to unit 3?

A Yes.

Q And Miss Caplan takes over as the person in charge of the unit?

A She was in charge of the unit, but she wasn't the head nurse.

Q Who was the head nurse?

A Angela Kerin.

Q Now, what complaints, if any, were raised, or issues, regarding your job performance when you were on unit 3? I'm looking for job performance issues that you recall?

A Well, I don't know what except for asking me about what this one did and what that one, I don't know that I've had. I've had a few problems with Spanish men.

Q What do you mean by problems with Spanish men?

A The Spanish men didn't think I respected them.

Q They thought you were disrespectful to them?

A They thought I was disrespectful.

Q Did they complain about that?

A They complained about that. We went to the

A I didn't see that. He said to stat bloodwork for the patient in the morning.

Q Did you go back and look at the chart to see if there was an order for that?

A No, I didn't look.

Q Okay.

A What I was told after is that why Dr. More came to the unit, he was covering for Dr. Scott that afternoon, that the pharmacy had called him stating that this person's bloodwork was getting low, so they needed him to check it out, and they checked the bloodwork, bloodwork was okay, but Dr. Scott questioned me that night, and I said Dr. More didn't tell me that he had written an order. I said, When you write an order, Dr. Scott, you will tell me, and he said, Yes, I do tell you, but Dr. More did say he didn't tell you that there was an order written to stop the meds.

Q So he told you that there had been an order written, but he didn't tell you about it?

A Right. That is when they sent me to unit 3, that is when I went. I saw I was getting into trouble here for a lot of things, I went and I got a lawyer, and that is when Miss Morrison told the lawyer I gave this man two Haldols and whatever.

Now, to tell you about the discrimination

are and the charts were, and he wrote in a chart, he left the chart open and he walked out.

Q Wrote an order in the chart?

A He wrote an order in the chart.

Q What happened next?

A I opened the chart -- I didn't open the chart, the chart was left open, he didn't flag it or he didn't tell me anything, left the chart open, and I looked in it and it said, Bloodwork for this patient in the a.m., that is all it said. Again, that patient was taking Clozaril. So I wrote up the bloodwork paper, and the nighttime I went home. When I came in the following day there was a supervisor, her name was Row. She came in, I noticed Miss Talbot, Dr. Scott and Row were in the back room, and I went there for something, because as you go in, you go in and you check any orders for patients, you know, from the day shift, anything left over, you check all the orders before you started your second shift, and they stopped talking, so I figured they didn't want me there, so I left. And then Row followed me into the med room, and she said, You're going to kill that patient, you're going to kill that patient, and I said, Row, what are you talking about? Well, Dr. More wrote an order to stop the Clozaril on Mr. S. I said, Well, who told me? Nobody told me. He

A Because he said -- sir.
Q It makes no difference, ma'am. You have to answer the question unless your attorney tells you not to answer it, you're under oath, and if it is part of this lawsuit that you were told this, I have a right to know who it is. Who is the person that told you the first time that Miss Chambers --
A Okay, it was Mr. Distasio.
Q Distasio?
A Distasio.
Q And then the second person was --
A Like three weeks into being there he said to me, "Watch out, they're watching you," and they said, "Write everything down she said, and we'll get rid of her as soon as she gets here."
Q That is what he said that Miss Chambers was trying to do?
A Miss Chambers came before I came to the hospital.
Q Now, my question earlier was during the time you were at unit 5 as a staff nurse, were there any complaints made about your job performance?
A I'm getting there, sir.
Q That is my question.
A After I had all of these bad reviews on my

supervisor's office because there isn't a supervisor for that day, then I become the charge nurse on that unit for that day.

Q And do you know if Miss Caplan ever asked any other nurse about why patients were on that ward or that unit? Do you know if she ever asked anyone else that question that she asked you?

A No, I don't.

Q You don't know that?

A No, I don't know that.

Q What else, if anything, makes up the basis of your complaint that you were subjected to a hostile and dangerous work environment?

A She kept me off the unit.

Q When?

A She gave me -- wrote an evaluation on me, called all the staff and questioned them --

Q What year was that?

A -- about me. I would say year -- either '99 or 2001, I'm not clear on the time.

Q When you were on unit 5 as a staff nurse, did any of the people there ever complain about the way you performed your job? Was there ever any complaints about your job performance when you were on unit 5?

A That who complained?

Page 72

grilled me and grilled me and --

Q About what?

A About different things. How do you plan to take care of these patients, and how this, and how that.

Q When did this occur, what year?

A I can't be sure of the year.

Q Was it during your working test period?

A No, that was way after my working test period, way after.

Q Was it in connection with any complaints that were made about the way you were doing your job?

A This was right after Miss Caplan tried to get me to do verbatim of the patients.

Q After she questioned you about why people were there?

A Pardon?

Q After she questioned you about why this person is there and why that person is there?

A Yes, she gave me five charts, she would say, Check on this one, check on that one, check on this one, five charts, and I stayed all weekend, and I wrote every single thing down about why the patient is there, what brought him there, from his grandmother to whatever is in his chart. So Monday afternoon she came with Ms. Kerin. Instead of starting from where she told me

Page 70

Q So is it your testimony that after you mentioned it to Miss Morrison --
A I mentioned it --
Q In a meeting.
A In a meeting.
Q In passing.
A Yes. We were all talking about different things, and I mentioned that.
Q And right after that --
A How -- yes.
Q And right after that a memo came out reminding people not to do that?
A Exactly, right. But, see, I didn't get any satisfaction from people using the dirty words, because Miss Caplan used them herself. See, she used -- she would come up with a patient, you will sit there around the table, this is the team, and whatever, if the patient molested a child or a person, another person, or whatever, she will come up with the -- and the patient is sitting there, and she will come up with the, and you, Auh, in plain language.
Q Did you ever report Miss Caplan for that?
A Sir, I never reported any of these things. They're up there and what you report is not going to go anywhere. I was kept off the ward once for days and

worker -- he was not talking to me, but I had a chart open and trying to write a note in the chart, and his name is Gendron, Mr. Gendron, and he was talking about this mother and mother uh, and I said, "Sir, do you talk like that in front of your mother?" And he looked at me, and like in a second he said yes. I said, oh. Then the following day Miss Caplan called me into the office, she was there, Mr. Gendron was there, and I don't remember who were the other people there, but she just humiliated me. It is like --

Q What did she do?

A Well --

Q How did she humiliate you?

A You're not in Guyana now, what do you think, you don't listen to dirty words, they say it, they all say it here. I don't say it.

Q Have you ever heard anybody else besides that gentleman use dirty words?

A You know, sir, it is like maybe something happened and somebody would like a quick thing, but this man like in this sentence here, six of them would be the F words.

Q Did you ever file a formal complaint that you felt that that was a hostile environment? Did you ever file a formal complaint with anyone about that man?

himself somewhere with some -- I wasn't there, it isn't in his chart, how am I going to know that. "Tell her, Debbie," in that kind of attitude she did.

Q Have you ever used that type of tone you just showed me here with any of your coworkers?

A No, sir.

Q Have you ever used that type of tone you just exhibited in answering my last question with patients?

A No, sir.

Q So your testimony is you have never done that?

A I am very straightforward. I will speak straightforward to patients.

Q My question is have you ever --

A No.

Q So you've never used an anger tone or a tone --

A Well, sometimes you get angry, but never harsh like Miss Caplan.

Q Your testimony is you were never harsh toward anybody there?

A I wouldn't say never. I wouldn't say not that I remember.

Q Not that you remember?

A No.

Q Did you notice Miss Caplan or Miss Rooth ever

Page 64

name is -- I have a problem remembering names.

Q Do the best you can.

A I can't remember his name.

Q Anybody else you reported for doing something you felt was inappropriate, other than you reported Miss Fairbrother for that alleged incident, correct?

A No.

Q You didn't file a complaint against her for that incident?

A Oh, I did, when we were at --

Q Whiting.

A Whiting, yes.

Q So you had the gentleman who you said was sleeping, you had Miss Fairbrother, anyone else?

A Not that I know of.

Q What other things, if any, form the basis of your complaint that you were subject to a hostile and dangerous work environment?

A We're back to Russ Ferrigno, after he retired, Miss Caplan called me into the office, unit 3, back room office where you have the charts and whatever, and again, the chart rack is over by the wall there, and in a very hostile way -- she had Miss Rooth in there with her.

Q What year was this?

A No, I have no idea.

Q So would it be a fair statement that if you have no idea, you have no basis to conclude that they didn't want you there because of your race, because you have no idea?

A Well, it was said, "And do you know she don't like black people?" That was one of the things that was passed down.

Q That they said about you?

A That's right.

Q That you don't like black people?

A That I don't like black people, and I worked with this woman one night, and we were talking, I worked overtime the nighttime --

Q Who is this person?

A Name is Mrs. Cooper.

Q Cooper. Is she still there?

A She used to work nighttime, she's still there. I was working with her one night and talking with her, and then she turned around and she looked at me and says, I think you didn't like black people, I heard you don't like black people, just like that.

Q Did you ever during your career at Whiting ever report somebody for doing something wrong?

A Me?

3953906c-4bad-4014-a135-e7f9db8962ae

talking about. She said, We're having a problem with Russ, and I want you to wake him up once when you see him sleeping, and the next time you call the supervisor. So I didn't say anything. Then I learned Angela Kerin was written up for not turning Russ in for sleeping right daytime, and he did sleep.

Q Did you turn him in?

A No, I woke him up.

Q You woke him up?

A And I send him out, I said go, take a walk, wash your face, get some coffee.

Q Did you report him for sleeping?

A No, I did not.

Q Were you supposed to report him for sleeping?

A She said wake him up once, and I woke him up.

Q Tell me how that is a hostile environment for you, or how it is a dangerous environment.

A Well, I'm not finished telling you.

Q All right.

A Russ retired, and right after Russ retired the rumors were -- I'm telling you what went on. They wanted to fire Russ, but they didn't want the names going. It is okay for Thelma Bishop to turn Russ in, so then they can kill two birds with one stone, because if you turn somebody in there, it is like the whole

Q And then you moved to unit 3?
A Right.
Q Then we have Miss Fairbrother's incident, or was that unit 5?
A No, we have Miss Fairbrother's incident before unit 3, because that is the reason I left unit 5, because of her, she was working there nighttime, and I was working second shift.
Q So the jewelry and Miss Fairbrother's incident were both in unit 5?
A Right.
Q And then you went to unit 3?
A Went to unit 3.
Q Have we covered all the incidents that make up your claim?
A No, not yet.
Q What is the next one?
A Went to unit 3, and Miss Caplan came on Monday. I called, and the nurse who was in charge there said, There is a position, yes, but Miss Caplan is not there. But then Kevin Kelly came to me on unit 5 the following day and said -- brought a paper and said, You want to go to unit 3, here is the paper, sign it, and you are there, and I went to unit 3 the next day, but the reason I didn't go the next day, somebody didn't

Page 56

was that, '96?

A About '96.

Q And the incident where Miss Traub came into the room or followed you into the room and made the comments about herself?

A That was '96.

Q Other than those three incidents, are there any other incidents that make up your claim that you have, for an extended period of time, been subjected to a hostile and dangerous work environment, or have we covered them?

A After I went to unit 3 to work, you know, people got a way of passing your name around, and so people look at it. When new patient, new staff come to work, Oh, we heard so about him and we heard so about -- and people look at you. I went to unit 3 to work, people just stared, did what they had to do, but never said anything to me, not even, Welcome to the unit, or whatever. I put into to get into the unit after my son spoke to me, the Wednesday, I put in to get in unit 3 because there was a position open there, a staff nurse that was there, I think went to head nurse, or went to unit 3 first shift.

Q Did you get that position at unit 3?

A I did get it, the next day I put in for it.

Q Now, does your son work at Whiting?

A No, my son is in Washington.

Q So, would it be a fair statement that the only way he made any conclusions about your work environment is what you told him?

A That's right, I talk to my children.

Q So he had no independent basis except your version of events; is that correct?

A Right. But he knew I was home, he came home and saw my neck in a collar.

Q Did you submit a medical bill to the --

A I submitted everything, and they didn't think -- the doctor wrote everything. I didn't tell the doctor who hit me, who bashed me, I just went to her, told her what happened, and she said I had a sprained neck.

Q Did you ever file a formal workers' compensation claim with the commission, and ask the workers' compensation commission to determine whether or not you had suffered a work-related injury?

A I didn't file anything. I don't know how this -- how this came about, but it is through the workers' compensation. I was paid for the 17 days I was out.

Q So I want to make sure I have it clear. Is it

Page 52

that time.

Q Did you file anything in writing?

A No. I knew Miss Chambers from CVH years ago, she worked over there when I was a mental health worker, so I went out there and I spoke with her about this, and she -- and I said, "Am I doing something wrong here?" She said, You know Jenny's got to start thinking about people, new people are coming into this place, and the old fashioned ways they have here got to stop.

Q Miss Chambers?

A Miss Chambers said that.

Q Is she still there?

A No, she's not there anymore. Chambers retired, Jenny Walsh retired.

Q Do you remember when?

A Chambers was there -- she came 120 days until last either November or December was her last 120 days.

Q Other than Miss Chambers did you report this incident to anyone else?

A No, I didn't. But Miss Traub did come to me and apologize.

Q And Miss Traub, is she still there?

A No, she's not. She retired as well.

Q She retired too?

A Yes.