**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALLISON BISHOP | : | NO. 3:01CV1140(AVC) |
| as Executor of the Estate of | : | |
| Thelma Bishop | : | |
| *Plaintiff*, | : | |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| ET AL., | : | |
| *Defendants.* | : | APRIL 12, 2004 |

**DEFENDANT'S MOTION FOR RECONSIDERATION**

COMES NOW the defendant DMHAS and request reconsideration of the Court's

March 31, 2004 ruling denying two parts of the defendant's motion for summary

judgment.  Specifically, the defendant requests that the court reconsider its ruling that the

plaintiff has produced sufficient evidence on her claims of (1) disparate treatment under

Title VII and (2) a hostile work environment under Title VII.

                                        DEFENDANT,

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                        BY:_____
                                Joseph A. Jordano
                                Assistant Attorney General
                                Federal Bar # ct21487
                                55 Elm Street, P.O. Box 120
                                Hartford, CT 06141-0120
                                Tel: (860) 808-5340
                                Fax: (860) 808-5383
                                E-mail:
                                Joseph.Jordano@po.state.ct.us

2

## CERTIFICATION

I hereby certify that on this 12th day of April, 2004, a true and accurate copy

of the foregoing was mailed, United States mail, first class postage prepaid, to:

Dawne Westbrook, Esq.
P.O. Box 2502
Middletown, CT 06457

_____
Joseph A. Jordano
Assistant Attorney General