

# STATE OF CONNECTICUT
## DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES
### CONNECTICUT VALLEY HOSPITAL
Statement of L. Ann Traub, Nurse Clinical Specialist

Response to Allegation #1

Jenni Walsh, DN 2 asked me to speak with Mrs. Bishop regarding dress concerns--tight fitting blouses and shirts.

I gave here another copy of the Commission's Policy on dress and reviewed need to comply for safety. She responded she needed to dress the way she dressed for self-image.

I told her this was dangerous and all staff needed to dress in a non provocative way, including myself.

She responded she was too old to be sexy.

I responded that I wasn't talking about that, but the possibility of provoking incidents of assault.

I never said she looked sexy.

I took off my jacket to demonstrate the difference in my look with my jacket on and without it; turned around and said "see I look different with my jacket off than on".

I never made any move that would suggest I was about to touch her or reach to pull her blouse.

I, L. Ann Traub, have read the above statement and affirm it is true to be best of my knowledge.

*L. Ann Traub* (signature)
Signature

Date: 9-16-96

**Sworn Statement**

Phone: (203) 344-2666
P. O. Box 351 SILVER STREET, MIDDLETOWN, CT 06457
*An Equal Opportunity Employer*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP | : | Case No. 3:01CV1140(AVG) |
| as Executor of Estate of | : | |
| Thelma Bishop | | |
|     Plaintiff | : | |
| v. | : | Judge Alfred V. Covello |
| | : | |
| State of Connecticut | : | Notice of Manual Filing |
| et al. | : | |
|     Defendants | : | April 12, 2004 |

FILED
2004 APR 12  D 2: 09
U.S. DISTRICT COURT
HARTFORD, CT.

    Please take notice that the Defendant, State of Connecticut, Department of Mental Health & Addiction Services has manually filed the following document or thing

    Sworn Statement of L. Ann Traub in Support of Defendant's Motion for Reconsideration

This exhibit has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487