UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP | : | Case No. 3:01CV1140(AVC) |
| as Executor of Estate of | : | |
| Thelma Bishop | | |
|     *Plaintiff* | : | |
| v. | : | Judge Alfred V. Covello |
| | : | |
| State of Connecticut | : | Notice of Manual Filing |
| et al. | : | |
|     *Defendants* | : | April 12, 2004 |

    Please take notice that the Defendant, State of Connecticut, Department of Mental Health & Addiction Services has manually filed the following document or thing

    Sworn Statement of L. Ann Traub in Support of Defendant's Motion for Reconsideration

This exhibit has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

    /s/ Joseph A. Jordano
    Joseph A. Jordano
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Phone: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Joseph.Jordano@po.state.ct.us
    Federal Bar # ct21487