UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLISON BISHOP, as executrix :
of the Estate of Thelma :
Bishop, :
  Plaintiff, :
   :
v. : Civil No. 3:01CV1140(AVC)
   :
STATE OF CONNECTICUT - WHITING :
FORENSIC DIVISION OF THE :
CONNECTICUT VALLEY :
HOSPITAL, ET AL, :
  Defendants. :

FILED
2004 MAY 21 P 4: 23
U.S. DISTRICT COURT
HARTFORD, CT

### ORDER TO PLAINTIFF TO RESPOND TO MOTION FOR RECONSIDERATION

This is an action for damages and injunctive relief arising out of the defendants' alleged unlawful employment discrimination against Thelma Bishop on the basis of her race, ethnicity and national origin. It is brought by Allison Bishop, the executrix of the estate of Thelma Bishop, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended by the Civil Rights Act of 1991 ("Title VII"), 42 U.S.C. § 1983, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, the Connecticut Constitution, and common law tenets concerning intentional infliction of emotional distress. On March 31, 2004, the court, <u>inter alia</u>, denied the defendants' motion for summary judgment in regard to the plaintiff's employment discrimination and hostile work environment causes of action brought pursuant to Title VII. On April 12, 2004, the defendants filed a motion for reconsideration seeking reconsideration of the court's denial of summary judgment on the

Title VII claims. The plaintiff has failed to respond. Consequently, the court orders that the plaintiff shall have to and including June 7, 2004, to respond to the defendants' motion for reconsideration. Failure to respond may result in the granting of the plaintiff's motion.

It is so ordered, this 21st day of May, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge