UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISON BISHOP, EXECUTOR OF ESTATE OF THELMA BISHOP | : | Civil No. 3:01CV1140(AVC) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, WHITING FORENSIC DIVISION OF CONNECTICUT VALLEY HOSPITAL | : : : | |
| *Defendant.* | : | MAY 28, 2004 |

**<u>DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS</u>**

1.     Do you know any of the: (1) lawyers or law firms involved in this case; (2) the witnesses; (3) the parties? If so, how?

2.     As jurors, the court will instruct you about the law that applies to this case. Can you apply the law, not as you believe it should be or would want it to be, but only as instructed by the court, even if you personally disagree?

3.     If, after hearing the evidence in this case and the Judge's instructions, you found that the defendant had not discriminated against the plaintiff, would you have any difficulty deciding in the defendant's favor, even though the plaintiff would receive no monetary award?

4.     Have you or any relative or any close friend ever been employed by the State of Connecticut? If so, please state who was employed by the State, describe the position held, state when the position was held?

5. If you are employed, please state:

   a. the name of your employer;

   b. your job title;

   c. time you have been employed with current employer.

6. If you have a spouse who is employed, please state:

   a. the name of your spouse's employer;

   b. your spouse's job title;

   c. your spouse's time with current employer.

7. Many of the witnesses in this case are employed by the State of Connecticut, specifically the Department of Mental Health & Addiction Services and Whiting Forensic Division of Connecticut Valley Hospital. Have you or any relative or any close friends had a personal experience with a member or members of this agency such that it would make it difficult to consider their testimony impartially and fairly?

8. Have you or has any relative or close friend ever been involved in what you consider to be a negative or unpleasant experience with employees of the Department of Mental Health & Addiction Services? If so, please explain.

9. Do you have any opinion about lawsuits involving claims of disparate treatment and hostile work environment generally, or employment discrimination in particular?

10. Have you ever held a position entailing supervisory responsibility including the right to hire, promote, fire, discharge, discipline and/or reprimand employees?

11. Have you or any relative or close friend ever filed a complaint or lawsuit against your/his/her employer or been involved, as a party or a witness, in a lawsuit against an employer? If the answer to the foregoing question is yes, please provide details of the nature and circumstances of the complaint and state whether this might affect your ability to judge this case fairly, and, if so, in what way?

12. Have you, or any relative or close friend been treated unfairly by your/his/her employer for any reason? If so, please provide the details.

13. Have you ever served on a jury before? If the answer is yes, please state when and what type of case?

14. Do you have any knowledge about this lawsuit or any other lawsuit involving the actions of the defendant or of the plaintiff?

15. Do you have any particular feelings concerning the defendant and its employees, which would in any way affect your ability to be fair and impartial in this case?

16. Have you or any relative or any close friend studied law?

17. Have you ever been a party to a lawsuit or brought a claim for money damages, if so:

   a. Did you bring the suit or claim or was it brought against you;

   b. What was the nature of the lawsuit or claim;

   c. How was the suit or claim resolved?

18. Have you or any relative or any close friend ever worked for a lawyer?

19. If you should find that, under the law given by the Judge, the evidence favors the defendant, will you have any hesitancy returning a verdict for the defendant?

20. If instructed to do so by the Judge, could you not or would you not be able to put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts and the law?

21. Do you feel, for any reason, that you could not fairly decide this case?

22. Do you who feel that merely because the defendant has been sued that it must have done something wrong or must legally be at fault?

23. Do you feel now, before hearing any of the evidence, that you are inclined to lean towards any party or be sympathetic towards the position of any party?

24. Is there any reason whatsoever that you feel that you simply would rather not serve on this jury?

25. Have you or any relative or any close friend had any experience with any officer or employee of the State of Connecticut including the Attorney General's Office and the Department of Mental Health & Addiction Services or any other agency, which would prevent you from considering the evidence impartially and fairly?

26. Have you or any members of your family ever been sued by the State of Connecticut or any other governmental agency? Have you or any relative or any close friend ever brought suit against the State of Connecticut or any other governmental agency?

27. Have you or any relative or any close friend ever been arrested?

28. Have you or any relative or any close friend ever been convicted of a crime?

29. The individual witnesses in this case are part of management. Do you have any feelings or opinions about management that would interfere with your ability to fairly judge the defendant in this case?

30. Do you have any feelings or opinions about state employees, their abilities or general competence that would interfere with your ability to fairly judge the defendant in this case?

31. Have you read, heard, or been exposed to any unfavorable comments about the Department of Mental Health & Addiction Services that would interfere with your ability to fairly judge the defendant in this case?

32. This case also involves claims of employment discrimination made by the plaintiff, a former state employee, against her supervisors and other managers on the basis of race, color and national origin. Have you or has any member of your family had any experience with the Department of Mental Health & Addiction Services or any of its supervisors or managers which would prevent you from considering the evidence impartially and fairly?

33. Have you or any relative or any close friends been disciplined or treated less favorably at work for what you believe to be for reasons other than your job performance?

34. Have you or any relative or close friend ever been terminated from a job or denied a job opportunity or promotion or contract extension by your employer? If the answer to the foregoing question is yes, do you feel that you/such person was treated unfairly, and if so, why?

35. Have you ever felt that you or any relative or close friend was the subject of discrimination based on race, color and national origin?

36. The plaintiff in this case passed away several years ago. Can you apply the law fairly even though the plaintiff is not here to testify?

37. Will you favor the plaintiff because she has passed away?

        DEFENDANT
        STATE OF CONNECTICUT
        FORENSIC DIVISION OF
        CONNECTICUT VALLEY HOSPITAL

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax : (860) 808-5383
     Email:  Joseph.Jordano@po.state.ct.us
     Federal Bar # ct 21487

## **CERTIFICATION**

I herein certify that a copy of Defendants' Proposed Voire Dire Questions was mailed this ___ day of May, 2004 to all counsel of record via United States mail, first class mail, postage prepaid, to:

Dawne Westbrook, Esq.
P.O. Box 2502
Middletown, CT  06457

_____
Joseph A. Jordano
Assistant Attorney General