UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 P 2: 09
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| ALLISON BISHOP<br>as Executor of the Estate of<br>Thelma Bishop<br>*Plaintiff*, | : | NO. 3:01CV1140(AVC) |
| V. | : | |
| STATE OF CONNECTICUT,<br>ET AL.,<br>*Defendants*. | : | APRIL 12, 2004 |

## DEFENDANT'S MOTION FOR RECONSIDERATION

COMES NOW the defendant DMHAS and request reconsideration of the Court's March 31, 2004 ruling denying two parts of the defendant's motion for summary judgment. Specifically, the defendant requests that the court reconsider its ruling that the plaintiff has produced sufficient evidence on her claims of (1) disparate treatment under Title VII and (2) a hostile work environment under Title VII.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano

[3:01CV1140(AVC). August 19, 2004. The motion for reconsideration (document no. 39) is GRANTED. However, having reviewed the record, the arguments of counsel, and the applicable law, the court concludes that the defendants' contentions, though colorable, are not ultimately persuasive. Therefore, the relief requested in the motion for reconsideration is DENIED. SO ORDERED.

Alfred V. Covello, U.S.D.J.