UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISON BISHOP, EXEC. OF, | : | CIVIL NO. 3:01CV114O (AVC) |
| ESTATE OF THELMA BISHOP | | |
| *Plaintiff,* | : | |
| V. | : | |
| STATE OF CONNECTICUT, | | |
| WHITING FORENSIC DIVISION OF | | |
| CONNECTICUT VALLEY HOSPITAL | : | |
| *Defendant.* | : | OCTOBER 8, 2004 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant **in addition to** the appearance

of Joseph A. Jordano, Assistant Attorney General , already on file, in the above-referenced

matter.  Dated at Hartford, Connecticut this 8th day of October, 2004.

                                                DEFENDANT
                                                State of Connecticut,
                                                Whiting Forensic Division of
                                                Connecticut Valley Hospital

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

                    By:   _____
                                                Nancy A. Brouillet
                                                Assistant Attorney General
                                                55 Elm Street
                                                P.O. Box 120
                                                Hartford, CT  06141-0120
                                                Tel:  (860) 808-5340
                                                Fax: (860) 808-5383
                                                Federal Bar No. Ct03138
                                                Email:  Nancy.Brouillet@po.state.ct.us

2

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th of October, 2004, to the following:

Dawne Westbrook, Esq.
P.O. Box 2502
Middletown, CT 06457
Tel.: (860) 538-3498
Fax: (860) 346-1028

                                                          _____
                                                          Nancy A. Brouillet
                                                          Assistant Attorney General