

FILED
2004 OCT 15 A 11: 23

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ALLISON BISHOP** | : | CV: NO:3:01CV1140 (AVC) |
| As executor of the Estate | : | |
| Of Thelma Bishop, | : | |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| **STATE OF CONNECTICUT** | : | |
| **CT VALLEY WHITING** | : | |
| **HOSPITAL, ET AL..** | : | OCTOBER 13, 2004 |
| *Defendants.* | | |

### MOTION FOR CONTINUANCE

The undersigned counsel for the plaintiff respectfully requests a continuance of the trial in the above matter. In support of this request, the undersigned represents that:

1. The undersigned is presently pregnant and expected to deliver mid November 2004.

2. Because of the pregnancy, the undersigned will be unable to try the case within a reasonable time after the date of jury selection.

3. Counsel for the plaintiff requests jury selection and a trial date in March 2005 if the Court permits.

4. This is the first request for a continuance.

5. Counsel for the defendant has no objection to the continuance.

6. A continuance of the above matter will not unduly prejudice either party.

THE PLAINTIFF

BY *Dawne West*
DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
PHONE: 860 344 9716
FAX: 860 346 1028
justice@dawnewestbrooklaw.com
Her Attorney

**CERTIFICATION**

This is to certify that on the above date a copy of the foregoing was mailed postage paid to the following:

Joseph Jordano
Nancy Brouillet
Assistant Attorneys General
55 Elm St., P.O. Box 120
Hartford, CT 06141

*Dawne West*