**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ..ISON BISHOP | : | CV: NO:3:01CV1140 (AVC) |
| ≥xecutor of the Estate | : | |
| ˉhelma Bishop, | : | |
| *Plaintiff,* | : | |
| | : | |
| | : | |
| \TE OF CONNECTICUT | : | |
| VALLEY WHITING | : | |
| SPITAL, ET AL.. | : | OCTOBER 13, 2004 |
| *Defendants.* | | |

## MOTION FOR CONTINUANCE

undersigned counsel for the plaintiff respectfully requests a continuance of the trial

ie above matter. In support of this request, the undersigned represents that:

1. The undersigned is presently pregnant and expected to deliver mid November 2004.

2. Because of the pregnancy, the undersigned will be unable to try the case within a reasonable time after the date of jury selection.

3. Counsel for the plaintiff requests jury selection and a trial date in March 2005 if the Court permits.

4. This is the first request for a continuance.

5. Counsel for the defendant has no objection to the continuance.

6. A continuance of the above matter will not unduly prejudice either party.

---

*[Sideways stamp on left margin]:* 3:01CV1140(AVC) October 19, 2004. GRANTED. The trial in this matter shall commence on March 10, 2005 at 10 a.m. SO ORDERED. Alfred V. Covello, U.S.D.J.