UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLISON BISHOP, EXECUTRIX OF THE ESTATE OF THELMA BISHOP, Plaintiff, | 2005 MAR -3 P 4: 51 |
| v. | NO. 3:01CV1140 (AVC) |
| STATE OF CONNECTICUT, WHITING FORENSIC DIVISION OF THE CONNECTICUT VALLEY HOSPITAL Defendant. | MARCH 3, 2005 |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE WITNESSES

Pursuant to Fed. R. Evid. 403, the defendant seeks an order prohibiting the plaintiff from offering witnesses that were have not been disclosed in the joint trial memorandum of May 28, 2004. The plaintiff has **never** sought to amend her witness list or to extend the discovery period for this trial that commences jury selection on March 10, 2005.

This anticipated testimony would amount to trial by ambush and would unfairly prejudice the defendant who did not have the opportunity to take these witnesses' depositions during the discovery period which closed in 2002. The defendant has prepared its trial defense and witnesses based upon that joint trial memorandum. Moreover, calling the undisclosed witnesses would disrupt the orderly and efficient trial of the case.

A memorandum of law in support of this motion is attached.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Nancy A. Brouillet
Assistant Attorney General
Federal Bar No. ct03138
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Nancy.Brouillet@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion in Limine was mailed on this 3rd day of March, 2005, first class postage prepaid to:

**Attorney Dawne Westbrook**
**P.O. Box 2502**
**Middletown, CT 06457**

_____
Nancy A. Brouillet. Assistant Attorney General

2