Attachment A

| | |
|---|---|
| From | abishop@nyse.com |
| Subject | Witness List - RE: Thelma R. Bishop |
| Date | Mon, October 11, 2004 1:44 pm |
| To | justice@dawnewestbrooklaw.com |

Hi here is the list that I previously sent you.

Whiting Forensic Employees
Opal Bowele -
Del Davis
Carlton Parkinson
Romana Edwards Achoki
Dorothy Olojuola
Jeff Matos
Debbie Ruth
Al Davis
Althea Clarke - Connecticut Valley Hospital. Good character witness has known mom's reputation over the years at the hospital.
Chester Andrews - Good Witness - witnessed harassment over the years and was also a possible victim
Joan Dobson
Gwen Douglas
Courtney Reid
Tara Vaught
Susanne Furay
Joanne Grabek  - Good witness may know about the harassment and willing to speak about it
Chris Zawachi
Marilyn Griffith
Jerilyn Lambi Pagone
Ricky Vereen
Anne Cooper
Laurie Arata
Carol Villarowell
Donna Dupis

The next group of people qho are possibly defendants or defendant witnesses.

Dr. Cattrell
Dr. Kahramzida
Dr. Foster
Dr. Scott
Dr. Cassidy
Marsha Pellezzo
Ms. Chambers
Ms. Morrison

See you tomorrow.

ATTACHMENT A