UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ALLISON BISHOP** : | CV: NO:3:01CV1140 (AVC) |
| As executor of the Estate : | |
| Of Thelma Bishop, : | |
| *Plaintiff,* : | |
| v. : | |
| : | |
| **STATE OF CONNECTICUT** : | |
| **CT VALLEY WHITING** : | |
| **HOSPITAL, ET AL..** : | MARCH 3, 2005 |
| *Defendants.* | |

### MOTION FOR CONTINUANCE

The undersigned counsel for the plaintiff respectfully requests a continuance of the trial in the above matter. In support of this request, the undersigned represents that:

1. This matter was recently assigned a trial date of March 22, 2005.

2. Jury selection in this matter is set for March 10, 2005.

3. This is the second request for a continuance.

4. Counsel for the defendant has no objection to the continuance.

5. The original plaintiff in the above action is now deceased and her daughter, Allison Bishop, has appeared as executor of the estate.

6. Allison Bishop was recently diagnosed with breast cancer.

7. As a result of her diagnosis, she will begin chemotherapy treatments the week of March 21, 2005.

8. The chemotherapy treatments will continue until May 2005.

9. In May 2005, Allison Bishop will begin daily radiation treatments.

10. The radiation treatments will continue until July 2005.

11. Allison Bishop will be providing medical documentation in support of this motion. Counsel will supplement the motion with said documentation once it is received.

12. Counsel requests a trial date after the month of August 2005.

13. A continuance of the above matter will not unduly prejudice either party.

THE PLAINTIFF

BY /s/ Dawne West
DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
PHONE: 860 344 9716
FAX: 860 346 1028
justice@dawnewestbrooklaw.com
Her Attorney

## CERTIFICATION

This is to certify that on the above date a copy of the foregoing was mailed postage paid to the following:

Joseph Jordano
Assistant Attorneys General
55 Elm St., P.O. Box 120
Hartford, CT 06141

DAWNE WESTBROOK