UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP, as executrix of the Estate of Thelma Bishop, Plaintiff, | : : : : | CIV. NO. 3:01CV1140(AVC) |
| v. | : : | |
| STATE OF CONNECTICUT – WHITING FORENSIC DIVISION OF THE CONNECTICUT VALLEY HOSPITAL Defendant. | : : : : : | MARCH 4, 2005 |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE

COMES NOW the defendant and seek an order prohibiting the plaintiff from offering the hearsay testimony of Thelma Bishop, who is deceased. Allison Bishop is listed as witness in the Joint Trial memo. Her anticipated testimony may likely include statements of Thelma Bishop, who is deceased. The defendant moves to exclude any statement by Thelma Bishop, offered by Allison Bishop to prove the matter asserted regarding *alleged acts of discrimination* as impermissible hearsay and for lack of foundation.

Further, the defendants move to exclude parts of the deposition of Thelma Bishop.

A memorandum of law in support of this motion is attached.

                DEFENDANTS

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:       _____
               Joseph A. Jordano  (ct 21487)
               Assistant Attorney General
               55 Elm Street, P.O. Box 120
               Hartford, CT 06141-0120
               Tel: 860-808-5340
               Fax: 860-808-5383
               email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 4TH day of MARCH, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Dawne Westbrook, Esq.
P.O. Box 120
Middletown, CT  06457

               _____
               Joseph A. Jordano
               Assistant Attorney General