UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Allison Bishop, Executrix ) <br> Estate of Thelma Bishop ) <br> v. ) <br> ) <br> State of Connecticut ) <br> Whiting Forensic Division ) <br> ) | Case No. 3:01CV1140(AVC) <br><br> Judge : Alfred V. Covello <br><br> Notice of Manual Filing <br><br> March 4, 2005 |

Please take notice that the defendant has manually filed the following document or thing

Attachment to Motion in Limine to Exclude Certain Evidence

This document has not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format
[ x ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano]
Joseph A. Jordano
55 Elm Street,  P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487