# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLISON BISHOP<br>As executor of the Estate<br>Of Thelma Bishop,<br>    *Plaintiff*, | CV: NO:3:01CV1140 (AVC) |
| v. | |
| STATE OF CONNECTICUT<br>CT VALLEY WHITING<br>HOSPITAL, ET AL..<br>    *Defendants*. | MARCH 3, 2005 |

## MOTION FOR CONTINUANCE

The undersigned counsel for the plaintiff respectfully requests a continuance of the trial in the above matter. In support of this request, the undersigned represents that:

1. This matter was recently assigned a trial date of March 22, 2005.
2. Jury selection in this matter is set for March 10, 2005.
3. This is the second request for a continuance.
4. Counsel for the defendant has no objection to the continuance.
5. The original plaintiff in the above action is now deceased and her daughter, Allison Bishop, has appeared as executor of the estate.
6. Allison Bishop was recently diagnosed with breast cancer.
7. As a result of her diagnosis, she will begin chemotherapy treatments the week of March 21, 2005.

*[Handwritten margin annotation:] 3:01CV1140(AVC) March 10, 2005. GRANTED. Jury selection will take place on August 2, 2005 at 10 am. SO ORDERED. Alfred V. Covello, U.S.D.J.*