UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP, as executrix of the Estate of Thelma Bishop, *Plaintiff*, | : : : : | CIV. NO. 3:01CV1140(AVC) |
| v. | : : | |
| STATE OF CONNECTICUT – WHITING FORENSIC DIVISION OF THE CONNECTICUT VALLEY HOSPITAL *Defendant*. | : : : : : | August 10, 2005 |

## DEFENDANT'S RENEWED MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE

COMES NOW the defendant and seek an order prohibiting the plaintiff from offering the following evidence:

(1) evidence of alleged incidents dating back to 1996, which were presented to the CHRO in 1997 and never pursued by the plaintiff, therefore now are time barred;

(2) evidence of an alleged assault against the plaintiff by a co-worker in 1998 that was not timely filed with the CHRO/EEOC until 2000, well past the 300 day filing period under the holding in National Railroad Passenger Corp. v. Abner Morgan, 536 U.S. 122 (2002).

(3) testimony by the plaintiff's daughter Allison Bishop to hearsay comments made by her mother; and

(4) portions of the deposition of Thelma Bishop.

The defendant moves to exclude the above evidence as hearsay, lacks foundation, is

speculative and irrelevant to the present case.   A memorandum of law in support of this

motion along with Attachments A and B and Addendum A is attached.

                                              DEFENDANT

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL


                              BY:    _____
                                              Joseph A. Jordano
                                              Assistant Attorney General
                                              Federal Bar # ct21487
                                              55 Elm Street, P.O. Box 120
                                              Hartford, CT 06141-0120
                                              Tel: 860-808-5340
                                              Fax: 860-808-5383
                                              email: Joseph.Jordano@po.state.ct.us




                        **CERTIFICATION**

        The undersigned hereby certifies that on the  10th  day of  August, 2005, a true

and accurate copy of the foregoing was sent by United States mail, first class postage

prepaid, to the following:

        Dawne Westbrook, Esq.
        P.O. Box 120
        Middletown, CT  06457



                              _____
                              Joseph A. Jordano
                              Assistant Attorney General



                                              2