UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHIOP as executrix, | : | CASE NO.  3:01CV1140(AVC) |
| of the Estate of Thelma Bishop | | |
| *Plaintiff,* | : | |
| | : | Judge: Alfred V. Covello |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | Notice of Manual Filing |
| WHITING FORENSIC DIVISION OF | : | |
| CONNECTICUT VALLEY HOSPITAL | : | |
| *Defendant* | : | August 10, 2005 |

    Please take notice that the Defendant has manually filed the following documents or thing

    Attachments "A" and "B" and Addendum "A" in Support of Defendant's Revised Motion in Limine to Exclude Certain Evidence

These exhibits have not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[ x ]  the electronic file size of the documents exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                  Respectfully submitted,

                                                  /s/ Joseph A. Jordano_____
                                                  Joseph A. Jordano
                                                  Assistant Attorney General
                                                  55 Elm Street, P.O. Box 120
                                                  Hartford, CT  06141-0120
                                                  Phone: (860) 808-5340
                                                  Fax: (860) 808-5383
                                                  E-mail: Joseph.Jordano@po.state.ct.us
                                                  Federal Bar # ct21487

**CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Notice of Manual Filing was sent via first class mail, postage prepaid, this 10th day of August, 2005 to:

Dawne Westbrook, Esq.
P.O. Box 2502
Middletown, CT  06457

_____
Joseph A. Jordano
Assistant Attorney General