UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP, as executrix of the Estate of Thelma Bishop,<br>*Plaintiff*, | : | CIV. NO. 3:01CV1140(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT – WHITING FORENSIC DIVISION OF THE CONNECTICUT VALLEY HOSPITAL | : | |
| *Defendant*. | : | August 24, 2005 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO CONDUCT DEPOSITIONS**

COMES NOW the defendant and moves for an extension of time of ninety (90) days to and including December 30, 2005 in order to take the depositions of additional witnesses identified by the plaintiff. The defendant further requests that the Court re-schedule the date of jury selection proportionate to its Order. In support of its motion, the defendant through counsel represents as follows:

1. The Court on August 10, 2005 (Doc. # 69) denied the defendants' Motion in Limine and granted the plaintiff's Motion to Amend the Joint Trial Memorandum.

2. The Court in its ruling gave the plaintiff until August 24, 2005 in which to file an addendum to the joint trial memorandum listing the additional witnesses the plaintiff intends to call at trial. The Court additionally set a deadline of September 30, 2005 in which to depose the plaintiff's additional witnesses. Jury selection was set for December 1, 2005 (Doc. # 69, p. 6).

3. The plaintiff served upon defendant's counsel an Amended Joint Trial Memorandum dated August 18, 2005 listing an additional 41 witnesses, including several names of witnesses already listed by the defendant, who "may" testify at trial.

4. The undersigned is scheduled to begin a two to three-week jury trial in federal court in New Haven in <u>Lewis v. Department of Correction, et al</u>., 3:02CV2304(MRK) which is scheduled for jury selection on September 6, 2005 with testimony to begin on September 12, 2005. The trial will take the bulk of the undersigned's time and attention during the length of the trial.

5. The undersigned is scheduled to begin a three-week trial before the Connecticut Commission on Human Rights and Opportunities ("CHRO") in <u>Cayer v. Western Connecticut State University</u>, OPH/WBR 2003-001 on October 10, 2005 which, again, will consume a great deal of time and attention during the entire trial.

6. The undersigned further has two Second Circuit Court of Appeal appellee briefs due on October 10, 2005 and October 17, 2005, respectively, in the matters entitled <u>Waananen v. Barry</u>, 04-6414-cv, and <u>Bogle-Assegai v. CHRO</u>, 05-1858-cv which will require time and attention.

7. The undersigned has been recently assigned several matters that were formerly handled by another attorney within the Employment Rights Department of the Attorney General's Office who retired. The retirement has forced the re-assignment of several matters, increasing an already heavy caseload. The Department previously lost another counsel to private practice. No replacements have been assigned to the Department to offset those departures as of this date.

8. The undersigned has contacted plaintiff's counsel regarding the scheduling of the depositions, including a deposition of Allison Bishop, sometime in November 2005 due to his unavailability in September and October 2005.

9. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Dawne Westbrook, and she has authorized the undersigned to represent that she has NO OBJECTION to this motion.

WHEREFORE, the defendant through counsel respectfully requests an extension of time to and including December 30, 2005 in which to conduct depositions of additional witnesses listed by the plaintiff. The defendant further requests that the Court re-schedule the date of jury selection proportionate to its Order.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 24th day of August, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Dawne Westbrook, Esq.
P.O. Box 120
Middletown, CT  06457

_____
Joseph A. Jordano
Assistant Attorney General