UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ALLISON BISHOP, as executrix    :
of the Estate of Thelma         :
Bishop,                         :
 Plaintiff,                     :
                                :
v.                              : Civil No. 3:01CV1140(AVC)
                                :
STATE OF CONNECTICUT - WHITING  :
FORENSIC DIVISION OF THE        :
CONNECTICUT VALLEY              :
HOSPITAL, ET AL,                :
 Defendants.                    :
```

**ORDER ON THE DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO CONDUCT DEPOSITIONS**

The defendant's unopposed motion for an extension of time to conduct depositions (document no. 74) is GRANTED. The defendant shall have to and including December 30, 2005 to conduct depositions of the additional witnesses listed by the plaintiff. Jury selection shall take place on January 17, 2006 at 10:00A.M.

It is so ordered this 29th day of August, 2005 at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge