UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP, as executrix | : | CIV. NO. 3:01CV1140(AVC) |
| of the Estate of Thelma Bishop, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT – WHITING | : | |
| FORENSIC DIVISION OF THE | : | |
| CONNECTICUT VALLEY | : | |
| HOSPITAL | : | |
| *Defendant.* | : | January 3, 2006 |

## DEFENDANT'S RENEWED MOTION IN LIMINE
## TO EXCLUDE CERTAIN EVIDENCE

The defendant filed a Motion in Limine regarding evidence on or about March 4, 2005 (Doc. #s 60 and 61) that was denied by the Court on July 21, 2005 (Doc. # 68).  The defendant filed a revised Motion in Limine regarding evidence on or about August 10, 2005 (Doc. #s 70 and 71) that was denied by the Court (Doc. # 72, August 11, 2005) without prejudice to refiling at the time of trial. The above-captioned matter is scheduled for jury selection on January 17, 2006 with the trial to start shortly thereafter.  Wherefore, the defendant renews its motion pursuant to the order of the Court.

The defendant and renews its request seeking an order from the Court  prohibiting the plaintiff from offering the following evidence:

(1)    evidence of alleged incidents dating back to 1996, which were presented to the CHRO in 1997 and never pursued by the plaintiff, therefore now are time barred;

(2)    evidence of an alleged assault against the plaintiff by a co-worker in 1998 that was not timely filed with the CHRO/EEOC until 2000, well past the

300 day filing period under the holding in <u>National Railroad Passenger Corp. v. Abner Morgan</u>, 536 U.S. 122 (2002).

(3)     testimony by the plaintiff's daughter Allison Bishop to hearsay comments made by her mother; and

(4)     portions of the deposition of Thelma Bishop.

The defendant moves to exclude the above evidence as hearsay, lacks foundation, is speculative and irrelevant to the present case.   A memorandum of law in support of this motion is attached.  The defendant further incorporates exhibits previously filed with the Court (Doc. #s 70 and 71).

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        email: Joseph.Jordano@po.state.ct.us

**<u>CERTIFICATION</u>**

The undersigned hereby certifies that on the   3rd   day of  January, 2006, a true

and accurate copy of the foregoing was sent by United States mail, first class postage

prepaid, to the following:

      Dawne Westbrook, Esq.
      P.O. Box 120
      Middletown, CT  06457

                                  _____

                                  Joseph A. Jordano
                                  Assistant Attorney General