UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLISON BISHOP<br>EXE, EST OF THELMA BISHOP | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 3:01CV1140(AVC) |
| v. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL | : | |
| | : | |
| Defendants. | : | |

J U D G M E N T

On April 12, 2006, counsel reported that this case had been settled.  The parties were ordered to submit closing papers on or before May 12, 2006, and were informed that the action would be dismissed if closing papers were not filed on or before that date.  As of today, no closing papers have been filed. Accordingly, this action is hereby dismissed with prejudice but without costs.

So ordered.

Dated at Hartford, Connecticut this    day of May, 2006.

_____
Alfred V. Covello
United States District Judge